**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-03526-WJM-NYM

**SKIBO, INC., a Colorado corporation,
ILIA GRETSKIY**, and **LESTER BOGUNOVICH**

      Plaintiffs,

v.

**SHELTER MUTUAL INSURANCE COMPANY**,

      Defendant.

---

**AFFIDAVIT OF SEAN M. MONAGHAN**

---

I, Sean M. Monaghan, swear and affirm as follows:

1. I am over the age of eighteen and competent to make this Affidavit based upon personal knowledge.

2. I am employed as an adjuster with Shelter Insurance Company ("Shelter").

3. On February 6, 2019, I interviewed Armando Piedra via telephone on behalf of Shelter.

4. I attest and verify that the Audio Transcription Interview of Armando Piedra, attached as Exhibit A to this affidavit, is a true and accurate transcript of the recorded statement I conducted with Mr. Piedra on February 6, 2019.

**EXHIBIT C**

5. The purpose of the phone interview was to gather information related to the water damage at the property located at 12066 East Lake Circle, Greenwood Village, Colorado ("Property").

6. During this phone interview, Mr. Piedra stated that he had not moved into the Property prior to the date of loss.

7. Besides some paper documents, Mr. Piedra told me the only items in the Property at the time of the loss had previously belonged to the prior tenant.

8. Mr. Piedra said that he did not receive mail at the Property.

9. Mr. Piedra also informed me that he did not purchase renter's insurance for the Property.

10. According to Mr. Piedra, he did not stay or sleep at the Property from the commencement of his lease through the date of loss.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21 day of January 2021.

_____
Sean M. Monaghan

```
                                                                    1

 1                      AUDIO TRANSCRIPTION

 2                   INTERVIEW OF ARMANDO PIEDRA

 3                        BY SEAN MOHANAN

 4                        FEBRUARY 6, 2019

 5                        SKIBO V. SHELTER

 6                     CASE NUMBER 5821-0175

 7                     CLAIM NUMBER A02171676

 8  _____

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 2**

1  MR. MOHAHAN: This is Sean Monahan, and I'm
2  speaking to Armando Piedra in regards to a water loss.
3       Today's date is Wednesday, February 6, 2019, and
4  the time is approximately 2:28 p.m.
5       Do you understand I'm recording this
6  conversation?
7       MR. PIEDRA: Yes, correct.
8       MR. MOHAHAN: And I have your permission to do
9  so?
10      MR. PIEDRA: Yes.
11      MR. MOHAHAN: Okay. Please spell your first and
12 last name for me.
13      MR. PIEDRA: Armando Piedra.
14      MR. MOHAHAN: Okay. And your date of birth?
15      MR. PIEDRA: What does that have to do with --
16 with this?
17      August 26, 1977.
18      MR. MOHAHAN: Okay. And the address where you
19 currently reside?
20      MR. PIEDRA: 12066 East Lake Circle, Greenwood
21 Village, Colorado 80111.
22      MR. MOHAHAN: Okay. And where do you currently
23 reside?
24      MR. PIEDRA: As -- as soon as you fix the
25 property, I'm going to stay there.

**Page 3**

1       MR. MOHAHAN: Okay.
2       MR. PIEDRA: Unfortunately I'm not residing
3  there now.
4       MR. MOHAHAN: Okay. Yeah. Where are you
5  residing, though, currently? Like, where do you
6  currently --
7       MR. PIEDRA: I'm -- I'm waiting for that
8  property to get fixed. I mean --
9       MR. MOHAHAN: Well, sure. I mean, are you
10 living out of your car? Where are you currently living,
11 though? I mean --
12      MR. PIEDRA: Right now, I'm not staying there.
13 I -- I had to make arrangements to -- to stay somewhere
14 else.
15      MR. MOHAHAN: Okay.
16      MR. PIEDRA: I don't have the exact address with
17 me now.
18      MR. MOHAHAN: Okay. Where is that? Somewhere
19 else? Is it in Denver? Is it -- I mean --
20      MR. PIEDRA: Basically, it has nothing to do
21 with this information, what we're going to do with the
22 claim. The thing that's -- you know.
23      MR. MOHAHAN: Well --
24      MR. PIEDRA: That's my personal information.
25      MR. MOHAHAN: Sure. I understand that, but this

**Page 4**

1  all pertains to the loss. I need to know where you
2  currently live in order to be able to get coverage for a
3  potential loss that happened at that house.
4       MR. PIEDRA: Okay. I'll get the address for
5  you. I don't have the address right here, in Denver. I
6  don't have the address right now.
7       MR. MOHAHAN: Okay. And who all resides with
8  you at that home off of Lake Circle? Who was living with
9  you?
10      MR. PIEDRA: I was residing there alone. I had
11 my friend, Nilvio Aquino, there checking the property
12 weekly.
13      MR. MOHAHAN: Okay.
14      MR. PIEDRA: His mother got ill, and he's not
15 there no more.
16      MR. MOHAHAN: Okay. And they -- you said he was
17 living there, or he was just swinging by to check on it
18 type of thing?
19      MR. PIEDRA: He was staying there and checking
20 up on it weekly --
21      MR. MOHAHAN: Okay.
22      MR. PIEDRA: Making sure the property was
23 perfect.
24      MR. MOHAHAN: Okay. And where were you if he
25 was checking on it weekly? Were you there, or were you

**Page 5**

1  elsewhere?
2       MR. PIEDRA: At the moment, I -- I wasn't
3  completely moved in yet, but he was taking care of the
4  house and checking on it weekly.
5       When I came to the property on January 15th, it
6  was completely, like, running water everywhere. The last
7  time the property was checked was December 31, 2018. So
8  what occurred there must have been in between the 1st and
9  the 15th. I probably think it must have been around the
10 1st, because that was, like, the most freezing time.
11      Several month before the weather was -- was
12 warm. It wasn't really as cold as it's going to start
13 getting now.
14      MR. MOHAHAN: Okay. Where were you in between
15 this December 31st and January 15th?
16      MR. PIEDRA: I was not there. I was taking care
17 of some personal stuff, so I was not there.
18      MR. MOHAHAN: Okay. Had you been, like,
19 sleeping there prior to December 31st? I mean, tell me
20 about, like, where you had been. Were you --
21      MR. PIEDRA: Basically, I wasn't there, but the
22 house was taken care of, and it was checked weekly, every
23 week.
24      MR. MOHAHAN: Okay. I mean, but where were you
25 sleeping at night? I mean, had you been staying there

**Page 6**

1   prior to --
2           MR. PIEDRA:  When I was there, that really has
3   -- that's none of your business.  It has nothing to do with
4   -- you know.
5           MR. MOHAHAN:  Well, it's --
6           MR. PIEDRA:  The house was occupied, and it was
7   not left alone.  That's -- that's the main thing.  And when
8   I was gonna go and move in, unfortunately, (inaudible)
9   which it was very well shown by whoever saw the damage.
10          MR. MOHAHAN:  Okay.  So you said -- so you said,
11  when you went to move in.
12          So you hadn't moved in yet, then?
13          MR. PIEDRA:  Not completely, no, sir.  But the
14  house was occupied.
15          MR. MOHAHAN:  Okay.  Who was occupying it?
16          MR. PIEDRA:  His name is Nilvio Aquino.
17          MR. MOHAHAN:  Was Nilvio sleeping there?
18          MR. PIEDRA:  I'm pretty sure he slept there
19  sometimes, but he was there every week checking up on it
20  for sure.
21          MR. MOHAHAN:  Okay.  Who was in control of the
22  thermostat at the house?
23          MR. PIEDRA:  Nilvio was, and it was set in
24  between 60 and 65 all the time.  It was -- it was warm
25  months before January.  The cold started on January 1st.

**Page 7**

1           MR. MOHAHAN:  Okay.  Then I know you said, on
2   January 15th, you went in.  Was that when you were planning
3   on moving in, then, officially and moving all your stuff
4   there or --
5           MR. PIEDRA:  Yes, yes, exactly.
6           MR. MOHAHAN:  Okay.  Where were -- where were
7   you keeping all your stuff prior to?
8           MR. PIEDRA:  Basically, (inaudible) with your --
9   your claim?
10          MR. MOHAHAN:  Okay.  Well, it's got a lot to do
11  with it.  That's how we verify coverage.  If you don't want
12  to share that, that's fine.
13          MR. PIEDRA:  There is stuff there.  There's a
14  lot of furniture there too from the previous owner, which I
15  purchased myself and a lot was ruined, which, I guess,
16  after the conversation, you will explain to me how we get
17  coverage for it, I guess.
18          MR. MOHAHAN:  Okay.  As far as -- yeah.  As far
19  as your own personal property, tell me what sort of stuff
20  you had inside of the home.
21          MR. PIEDRA:  Basically, I have some -- some
22  paper informations, and those furnitures, I guess they were
23  mine, because I was -- I was getting them from the previous
24  owner.
25          MR. MOHAHAN:  Okay.  I mean, did you -- did you

**Page 8**

1   purchase the furniture?  Was it something that you had
2   purchased, or did it, like, come with the rental when you
3   rented the house?
4           MR. PIEDRA:  Yes, yes, I purchased it.
5           MR. MOHAHAN:  Okay.  Do you have, like -- did
6   you pay for it with a check, cash, credit?
7           MR. PIEDRA:  Cash.
8           MR. MOHAHAN:  Did they supply you a receipt?
9           MR. PIEDRA:  I don't remember getting a receipt.
10          MR. MOHAHAN:  And you purchased the furniture
11  from the prior owner of the home?
12          MR. PIEDRA:  Yes, correct.
13          MR. MOHAHAN:  Okay.  Tell me what kind of
14  furniture was in the home, like.
15          MR. PIEDRA:  Unfortunately, sofas, a bed.  The
16  house was totally full of water everywhere from a pipe that
17  burst in a second story, I think.
18          MR. MOHAHAN:  Okay.  Yeah.  Tell me about the
19  extent of damages you saw when you went into the home.
20          MR. PIEDRA:  Basically, water coming out of
21  everywhere, from the roof, the top roof, by the sides
22  and --
23          MR. MOHAHAN:  So water was coming in from the
24  outside of the home?
25          MR. PIEDRA:  No, from the -- the interior roof,

**Page 9**

1   like, where the kitchen is.
2           MR. MOHAHAN:  The ceiling?
3           MR. PIEDRA:  The top of the roof.  Like, water
4   was coming down and --
5           MR. MOHAHAN:  So the ceiling?
6           MR. PIEDRA:  The ceiling.  I apologize.  The
7   ceiling, correct.
8           MR. MOHAHAN:  Okay.  Any idea where the water
9   had started to come from or --
10          MR. PIEDRA:  Positively sure it was the second
11  story, the bathroom, as when I walked upstairs, I saw there
12  was, like, the knob of the bathroom, the shower, was
13  broken, and water was coming out, but you could tell that
14  the water was coming out from the pipe inside the walls,
15  and that's what attributed to the -- the water coming down
16  from the ceiling on the kitchen.
17          MR. MOHAHAN:  Okay.  And going back a little bit
18  to -- I know you said you currently resided elsewhere in
19  Denver.
20          Where do you get your mail at?  Like, what's the
21  address if I were to mail you something?
22          MR. PIEDRA:  I was going to send the mail there,
23  but, unfortunately, we have to stop that now.
24          MR. MOHAHAN:  Okay.  Is that where you got all
25  your mail prior to?  I mean, like, is that where you were

## Page 10

1  receiving all your mail?
2      MR. PIEDRA: I'm not sure.
3      MR. MOHAHAN: You don't know where you were
4  receiving your mail?
5      MR. PIEDRA: No. I don't think the mail has to
6  do with this. I mean --
7      MR. MOHAHAN: It shows where you live.
8      MR. PIEDRA: -- the property was taken care of.
9      MR. MOHAHAN: I understand that. But it shows
10 you get your mail at the place where you live.
11     MR. PIEDRA: Well, I haven't been living
12 nowhere. I've been waiting for this house to get fixed.
13     MR. MOHAHAN: That's why I asked: Prior to the
14 loss, were you getting your mail at that home?
15     MR. PIEDRA: No.
16     MR. MOHAHAN: No, you were not?
17     MR. PIEDRA: No, I wasn't, because I wasn't
18 moved in completely.
19     MR. MOHAHAN: Okay. Where were you getting your
20 mail?
21     MR. PIEDRA: That's really none of your
22 business.
23     MR. MOHAHAN: Okay. So if I were to mail you
24 something, you're saying I can't?
25     MR. PIEDRA: You can mail it right there. I'll

## Page 11

1  get it. You mail it over there, I'll pick it up. I'll go
2  to the mailbox, and I'll pick it up.
3      MR. MOHAHAN: Okay. And when did you take --
4  when did you start the lease? When did you take -- you
5  know, take over the property?
6      MR. PIEDRA: September 15th.
7      MR. MOHAHAN: Of what year?
8      MR. PIEDRA: 2018.
9      MR. MOHAHAN: And do you have any sort of
10 renter's insurance?
11     MR. PIEDRA: No. I was going to ask you towards
12 that, please, after your conversation that you told me.
13     MR. MOHAHAN: Okay. So you don't have any sort
14 of renter's policy or anything?
15     MR. PIEDRA: No. I definitely should have
16 gotten one, and I would love to talk to you about when you
17 finish the conversation that you explained to me early.
18     MR. MOHAHAN: Yeah.
19     Okay. And I know you said Nilvio. Do you know
20 how to spell his name?
21     MR. PIEDRA: Yes. I have it right here.
22     His first letter is N-I-L-V-I-O, last name, is
23 A-Q-U-I-N-O.
24     MR. MOHAHAN: Okay.
25     MR. PIEDRA: His phone number is six -- okay.

## Page 12

1  904-613-8134.
2      MR. MOHAHAN: Okay.
3      MR. PIEDRA: Unfortunately, his mother was
4  critically ill, and he left from the 31st, to spend time
5  with this. I've called him since. I hope his mom has not
6  passed away.
7      MR. MOHAHAN: Okay. And nobody else resided at
8  the home or was checking on it or anything like that?
9      MR. PIEDRA: No. He checked on it every week.
10     MR. MOHAHAN: Okay.
11     MR. PIEDRA: He stayed there I'm not sure how
12 many days, but he stayed there. He was there every week.
13 The last time he was there was on the 31st. The thermostat
14 was checked on from 60, 65. Those months were pretty warm
15 compared to what is coming now, as usual.
16     MR. MOHAHAN: Sure. Okay.
17     What do you do for a living?
18     MR. PIEDRA: That's none of your business.
19     MR. MOHAHAN: Okay. And this phone number,
20 970-930-7053, that's the best number to reach you at?
21     MR. PIEDRA: Yes, sir. Correct.
22     MR. MOHAHAN: Okay. Okay. Well, that's all
23 the questions, then, I believe I have for you at this time.
24     Is there anything you would like to add or
25 correct?

## Page 13

1      MR. PIEDRA: Yeah. Basically, when are you guys
2  going to, like, fix the place up? And what -- is there,
3  like a hold? What's going on?
4      MR. MOHAHAN: Yeah. I mean, I'll tell you
5  everything I can once I turn off the recorder. Okay.
6      Did you understand all the questions I asked?
7      MR. PIEDRA: Yes, sir. I appreciate it. Yeah.
8      MR. MOHAHAN: Were your answers true and
9  correct, to the best of your knowledge?
10     MR. PIEDRA: Yes.
11     MR. MOHAHAN: Okay. And do you understand I was
12 recording your statement, and I had your permission to do
13 so?
14     MR. PIEDRA: Yes, correct.
15     MR. MOHAHAN: And that will conclude the
16 interview.
17     The time is now approximately 2:43. I'm going
18 to turn off the recorder.
19     MR. PIEDRA: Thank you.
20     (This concludes the requested audio transcript.)

```
                                                            14
 1              REPORTER'S CERTIFICATE
 2       I, Elissa Steen, Registered Professional Reporter
 3   and Notary public in and for the State of Colorado, do
 4   hereby certify that I have listened to and transcribed
 5   requested audio file.  I certify that this transcript is a
 6   true and correct transcription to the best of my knowledge
 7   and ability.
 8
 9   Dated December 24, 2019
10
11
12              _____
                  Registered Professional Reporter
13                           and
                        Notary Public
14
15
16
17
18
19
20
21
22
23
24
25
```