

**SHELTER INSURANCE COMPANIES**
SHELTER MUTUAL
SHELTER GENERAL

March 15, 2019

LESTER BOGUNOVICH
6401 S BOSTON ST UNIT W101
GREENWOOD VILLAGE, CO  80111-5344

RE:  Claim Number:   AO0000002171676
     Insured:        BOGUNOVICH, LESTER
     Date of Loss:   01/17/2019

Dear Mr. Bogunovich:

According to Shelter's records your Apartment Owners Policy, 05-79-4041852-8, was in force when this loss occurred.  Your policy provides coverage subject to its terms, conditions, and exclusions.  If you need another copy of your policy, please let us know.

This loss was reported to us as occurring on January 17, 2019.  Our investigation revealed that water escaped from a frozen pipe in the master bedroom on the second floor causing damage to the vacant or unoccupied building over an extended period of time.  Additionally, there is no evidence of heat being maintained in the building.

Your policy states:

***

**SPECIAL FORM COVERAGE**
**B-250.2-B**
(Applicable When Shown on the Policy Declarations)

**PERILS WE INSURE AGAINST**
We cover accidental direct physical loss to property covered under Coverage A - Buildings and Coverage B - Business Personal Property except for losses excluded in this section.

**EXCLUSIONS**
We do not cover loss:
(a) resulting directly or indirectly from any of the following events:
(b) which would not have occurred in the absence of any of the following events;
(c) which occurs regardless of the cause of any of the following events; or
(d) if loss occurs concurrently or in any sequence with any of the events.

Shelter Insurance Companies • CO • PO Box 6008 • Columbia, MO 65205-6008

EXHIBIT D

INSURED 0173

RE: AO0000002171676                                2 of 2

***

11. Leakage or overflow from plumbing, heating, air conditioning or other equipment or appliances (except fire protective systems) caused by or resulting from freezing while the described building is vacant or unoccupied, unless the **insured** has made effort to maintain heat in the building or unless the equipment and appliances have been drained and the water supply shut off during such vacancy or unoccupancy.

12. Continuous or repeated seepage or leakage of water or steam from within a plumbing, heating or air conditioning system or from within a domestic appliance which occurs over a period of weeks, months or years.

***

Based on our investigation and this policy language, Shelter believes the policy does not cover this claim. Specifically, damages from water leakage caused by freezing when heat was not maintained and that occurred over a period of weeks is excluded under this policy of insurance.

Therefore, Shelter denies coverage for this claim under this policy.

By quoting these policy provisions, Shelter is not waiving any other provision and specifically reserves the right to decline coverage for any other reason that may come to its attention in the future.

We did not discover any mold while investigating this claim. As mentioned, however, we did discover moisture and want you to know that water damage can lead to mold or mildew if not properly treated. Therefore, we recommend that you hire a qualified expert to find the source of this water, stop it, and dry the area. We also recommend that the expert apply an appropriate anti-microbial agent (fungicide or mildewcide) to help guard against any future mold growth. You will have to pay for these services.

If you have any other information that you believe suggests this policy or any other Shelter Insurance policy covers this claim, please provide it to me immediately so that Shelter may review it for coverage.

Sincerely,

Sean Monaghan
Claims Department
Phone:  720-545-3327
Fax:    888-742-5671
Email:  SMonaghan@ShelterInsurance.com
CL42