## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03526-NYW

SKIBO, INC., a Colorado corporation,

and

ILIA GRETSKIY,

      Plaintiffs,

v.

SHELTER MUTUAL INSURANCE COMPANY,

      Defendant.

---

### AFFIDAVIT OF ERIC A. BLACK

---

I, Eric A. Black, swear and affirm as follows:

1.      I am over the age of eighteen and competent to make this Affidavit based upon personal knowledge.

2.      I am employed as a mechanical engineer for Knott Laboratory LLC.

3.      On or around March 8, 2019, I prepared an Engineering Findings Report for Shelter Mutual Insurance Company regarding the property located at 12066 East Lake Circle, Greenwood Village, Colorado 80111 (the "Property").

4.      I was instructed to inspect the property and determine the cause of the water loss.

5.      I reviewed Xcel Energy utility records for the Property for December 2018 – January 2019.

6.      I reviewed weather data for the location of the Property for December 2018 – January 2019.

**EXHIBIT E**

7.     I determined that the residence was under-heated by 83% and 66% for two billing cycles (from December 3 to December 21, 2018 and December 21, 2018 to January 24, 2019) to maintain 50°F within the residence, respectively.

8.     Based on the calculated interior temperatures of the residence, available gas records over the two subject billing cycles, and the water heater's involvement, I determined most of the gas used during the two subject billing cycles was used by the water heater.

9.     I determined that per the heat loss calculations and review of the energy records, the furnace was not operating between December 3, 2018 and January 17, 2019, which subjected the residence to below freezing temperatures.

10.    I determined that no indications of residency were shown in the energy records during December 2018 and January 2019.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

DATED this _____14th_____ day of April 2020.

_____
Eric A. Black

Subscribed and sworn to me this 4th day of April 2020 by Eric A. Black.

Witness my hand and official seal.

My commission expires: April 1, 2021

[SEAL]

KELLY C. PEPPARD
Notary Public
State of Colorado
Notary ID # 20054013139
My Commission Expires 04-01-2021

_____
Notary Public