

# Engineering Findings Report

Claim Number:  AO2171676
Knott Laboratory Project No.:   Monaghan.17167
12066 East Lake Cirlce
Greenwood Village, Colorado 80111

## Prepared for:

Sean
Monaghan
Shelter Insurance

## Prepared By:

Eric Black, B.S., EI, CFEI, CVFI
Mechanical Engineer
Knott Laboratory LLC
7185 S. Tucson Way.
Centennial, CO  80112

**EXHIBIT F**

**Corporate Office:**  7185 South Tucson Way ● Centennial, CO 80112-3987 ● *p* 303.925.1900 ● *f* 303.925.1901
**Branch Offices:** Colorado Springs, CO ● Fort Collins, CO ● Grand Junction, CO ● Oklahoma City, OK ● Houston, TX ● San Antonio, TX
*www.knottlab.com*

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 2 of 16

# **Table of Contents**

Background: ........................................................................................................ 3

Purpose: ............................................................................................................. 4

Procedure: .......................................................................................................... 4

Provided Information: ......................................................................................... 4

Documents Reviewed: ........................................................................................ 4

Findings and Discussion: ..................................................................................... 5

    Weather Research ............................................................................................ 5

    Onsite Observations ........................................................................................ 5

    Heat Loss Calculations .................................................................................... 5

    Cause of Plumbing Failure .............................................................................. 7

    Timeline and Summary ................................................................................... 7

Conclusion(s): ..................................................................................................... 8

Closure: .............................................................................................................. 8

Appendix A: Photographs .................................................................................... 9

Appendix B: Weather Data ................................................................................ 15

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 3 of 16


VIA EMAIL (SMonaghan@shelterinsurance.com)

Sean Monaghan
Material Damage Adjuster
Shelter Insurance

Re:     **Engineering Findings Report**
        Insured Name:        Insured name
        Claim Number:        AO2171676
        Date of Loss:        January 17, 2019
        Address:             12066 East Lake Cirlce
                             Greenwood Village, Colorado 80111

Dear Mr. Monaghan:

Knott Laboratory, LLC (Knott) was retained by Shelter Insurance to determine the cause of the water loss. This report provides the findings and conclusions reached as a result of that investigation.

**Background:**

Knott Laboratory inspected the structure and noted it to be a three-story, single-family residence.  The residence was heated via a natural gas furnace (Carrier Corporation, Model No: 58STA135-22 and Serial No: 3504A25952) and hot water was supplied from the Bradford White water heater (Model No: MI5036FBN4 and Serial No: AM5594060). The furnace and water heater are both located in the unfinished basement. Records obtained from the Aprapahoe County Assessor's Office indicate the structure was originally constructed in 2004.

For the purpose of the discussion provided in this report, the structure was considered to be west-facing toward 12066 East Lake Cirlce.  An overview photograph of the front elevation of the building is provided in **Appendix A, Photograph 1** and an aerial photograph of the property is provided in **Appendix A, Photograph 2**.

Mr. Monaghan (Shelter Insurance) reported the residence was rental property owned by Mr. Bogunovich and was being rented by Mr. Armando Piedra. Based on conversations between Mr. Monaghan and Mr. Piedra, Mr. Piedra has been renting the home since September 15, 2018 but had not completely moved in and was not residing at the subject residence at the time the water loss was discovered on January 17, 2019.  The house was reportedly checked on or visited occasionally, but no persons resided at the residence full time.

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 4 of 16

**Purpose:**
The purpose of Knott Laboratory's investigation was to inspect the property andto determine the cause of the water loss.

**Procedure:**
Knott inspected the structure, including documenting and photographing the available information on January 24, 2019.   Knott Laboratory's Eric Black and Hank Mowry performed the inspection with the permission of Mr. Sean Monaghan on behalf of Mr. Insured name.  The photographs depicted in Appendix A are a sample of the photographs taken by Knott and the remaining may be presented upon request.

Knott Laboratory did not review the insurance policy terms, limits, conditions, or coverages.  The issue of insurance coverage is beyond the scope of this report.

**Provided Information:**
During Knott's investigation, Mr. Andrew King (Lucky Duct) was interviewed regarding the residence's furnace. The following is a general understanding of the information provided during that interview. Knott did not verify this information unless stated herein:

- The entire circuit board was wet during the initial evaluation of the furnace. Mr. King could not get the circuit board dry during his time at the residence.
- The flame sensor was not working.
- The furnace was in lockout due to three failed startups.
- Mr. King turned the thermostat off and on to try to get the furnace to turn on but was unsuccessful.
- Mr. King turned the power off to the furnace before leaving the residence.
- Once the circuit board dried, the furnace was stated to have been turned on by others.

**Documents Reviewed:**
- Aprapahoe County Assessor's Office online records, URL: http://www.co.arapahoe.co.us/1085/Business-Personal-Property-Search.
- Weather data for Centennial, Colorado. https://api.wunderground.com/history/airport/KAPA/2018/12/1/CustomHistory.html?dayend=31&monthend=1&yearend=2019&req_city=&req_state=&req_statename=&reqdb.zip=&reqdb.magic=&reqdb.wmo=. Data attached as **Appendix B**.
- Utility records provided by Shelter Insurance. Attached as **Appendix C**.

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 5 of 16

**Findings and Discussion:**
Knott has divided this section of the report into the following subsections for clarity: *Weather Research, Onsite Observations*, *Heat Loss Calculations, Cause of Plumbing Failure, and Timeline and Summary*. All the photographs referenced in the discussion are provided in **Appendix A**.

*Weather Research*
In conducting this investigation, Knott reviewed available temperature data from Weather Underground for Centennial, Colorado which was the closest station to the subject property. As mentioned above, the residence was rented out to Mr. Piedra on September 15, 2018 through the date of loss but was unoccupied during that time excluding occasional visits. This station reported average mean temperatures of 66°F in September 2018, 48°F in October 2018, 37°F in November of 2018, 32°F in December of 2018, and 31°F in January 2019.  There was a significant drop in temperature at the end of December and beginning of January, where the lowest temperatures recorded during the unoccupied time were 2- and -4-degrees Fahrenheit on December 31, 2018 and January 1, 2019, respectively. Weather data for the dates for which the residence was unoccupied can be viewed in **Appendix B**.

*Onsite Observations*
On January 24, 2019, Knott Laboratory inspected the subject structure. The water damage within the structure was consistent with a significant flooding event from above the main level. Part of the remediation had already been completed, and sections of drywall from the walls and ceiling had already been removed as well as some of the main and upper floor's flooring. (**Photographs 3 and 4**).  A majority of the ceiling's drywall was removed from above the kitchen and living room area, which is directly below the master bedroom and master bathroom on the second floor.

Knott proceeded upstairs to inspect the master bathroom located above the kitchen.  The master bathroom is located on the southeast corner of the building.  The double vanity sink is on the east exterior wall and the bath tub and shower are on the south exterior wall.  Knott inspected the water supply lines for the double vanity sink and observed a split in the hot water line approximately one foot to the south of the shut off valves for the left side sink (**Photographs 5 and 6**).  The failed section of pipe was cut and removed for closer examination. The cut section of pipe containing the failure is being stored at Knott Laboratory's office located in Centennial, Colorado. Knott inspected the failure and noted the damage to be consistent with internal over pressurization.  This section of the plumbing was located on the east side of the residence within one foot of the exterior wall which would be expected to be one of the coldest areas within the residence. The cause of the pipe failure is discussed further below.

*Heat Loss Calculations*

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 6 of 16

Knott calculated the expected heat loss within the residence from December 3, 2018 to December 21, 2018 and from December 21, 2018 to January 24, 2019 based on the reported natural gas usage records from Xcel Energy for the property.

The Xcel report for the billing cycle between December 3 and December 21, 2018 indicates that 6 therms of gas were used over the 18-day cycle. Xcel also reported that 31 therms of gas were used over the 34-day bill cycle between December 21, 2018 and January 24, 2019. Knott utilized the property records and onsite measurements to calculate the building's roof, wall, window and door sizes in order to calculate the thermal resistance of the residence. In total, the three-story residence contained 22 windows or approximately 342 square feet of glazing, two solid exterior doors (front and garage), approximately 4,200 square feet of exterior walls, and a 1332 square foot footprint of ceiling. Based on an average sustained interior temperature of 50°F, which is a conservative estimate to maintain the interior of a residence, during the two billing cycles discussed above, the residence would require 3,500,000 BTU or 35 therms to heat the residence between December 3 and 21, 2018 and 9,000,000 BTU or 90 therms to heat the residence between December 21, 2018 and January 24, 2019. Assuming the entirety of the gas supplied to the residence was used by the furnace and no other appliances, the residence was under-heated by 83% and 66% for the two bill cycles to maintain 50°F within the residence, respectively. Knott also calculated the average interior temperature that would be expected if the subject gas usage was utilized entirely to heat the residence for the two bill cycles to be 38°F on average.

Water heaters require gas even when not in use to maintain the designated operating temperature; this is referred to as idle usage. The idle usage is the gas needed to maintain the hot water temperature within the tank due to heat dissipation from the walls of the tank and supply lines running through the residence. Additionally, the line which failed per the discussion above was the hot water line in the master bathroom. Once the hot water line was compromised the water heater would be running constantly to replenish the hot water being expelled from the line upstairs. Furthermore, the second billing cycle includes approximately one week after the discovery of the water loss including the beginning of remediation. The furnace was reported to have been turned back on once the circuit board dried out which would also require gas. Therefore, based on the calculated interior temperatures of the residence, available gas records over the two subject billing cycles, and the water heater's involvement, Knott determined most of the gas used during the two subject billing cycles was used by the water heater. Furthermore, the furnace was not operating from at least December 3, 2018 to January 17, 2019.

In the discussion above, the average interior temperature was calculated based on the entirety of the supplied gas being used to heat the residence via the furnace; however, this was not the case. With no heat being supplied from the furnace, the interior temperature would rise and fall with the exterior temperature. Temperatures are typically

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 7 of 16

lowest during the night and early morning which were recorded to range from -4 to 31°F (all below freezing) during the two subject billing cycles with the coldest temperatures recorded on December 31, 2018 and January 1, 2019.  Therefore, based on the lack of gas used to heat the residence via the natural gas furnace and the recorded exterior temperatures for Centennial, Colorado, Knott determined the interior of the residence was subject to below freezing temperatures for at least 46 days leading up to the discovery of the water loss on January 17, 2019.

### *Cause of Plumbing Failure*

Knott evaluated the cause of the failure at the second-floor master bathroom vanity.  As previously discussed, the supply pipe for the faucet was located within one foot of the east exterior wall. The heating system for the residence consisted of a forced-air furnace that is located on the basement level of the residence which operates on natural gas. The thermostat for the furnace is located on the wall of the hallway near the kitchen. The thermostat was set to approximately 71 degrees Fahrenheit at the time of Knott's inspection; however, Mr. King reported he had changed the thermostat in an attempt to turn the furnace back on.  Additionally, multiple contractors have been in and out of the residence between the discovery of the loss and Knott's inspection, and the state of the thermostat is not an accurate representation of the thermostat at the time of the loss.  The power switch for the furnace located in the basement was off.

Per the heat loss calculations and review of the energy records, the furnace was not operating between December 3, 2018 and January 17, 2019 which subjected the residence to below freezing temperatures. As indicated in the weather records, the exterior low temperatures in December and January were 2- and -4°F, respectively. Given the proximity of the failed supply pipe to the exterior wall, the lack of therms used during December 2018 and January 2019, and cold temperatures, Knott concluded the subject copper supply pipe failed as a result of freezing water within the pipe and the increased pressure it created.

### *Timeline and Summary*

In summary, Knott determined the following series of events led to the freeze failure and water loss:

1. No indications of residency were shown in the energy records during December 2018 and January 2019.
2. Heat was not maintained in the residence per the heat loss calculations and Xcel energy usage records during December 2018 and January 2019.
3. The temperature dropped below freezing every night between December 3, 2018 and January 17, 2019 with a minimum temperature of -4°F on January 1, 2019.
4. The water within the copper supply line for the master bedroom vanity on the second-floor froze and increased the internal pressure of the pipe until it failed.

Sean Monaghan
17167.Monaghan
March 8, 2019
Page 8 of 16

5.  The ice thawed at the failure and began to spray water into the residence until its discovery on January 17, 2019.

**Conclusion(s):**

Based upon Knott Laboratory's inspection, the available information, and these engineers' education, training, and experience, the following conclusions have been reached within a reasonable degree of engineering certainty:

• The water loss was caused by a frozen pipe failure due to a lack of heat being maintained in the residence.

**Closure:**

The opinions and findings expressed in this report are based upon the information available to these writers as of the date of this report and are the result of limited non-destructive visual inspections of the exposed building components. As such, Knott Laboratory reserves the right to modify the conclusions contained herein upon receipt or discovery of additional information. Due to the limited access and the non-destructive nature of the investigation, Knott Laboratory cannot be held responsible for any hidden defects that may negatively impact the performance of the structure. This report is intended to provide an overview of the existing conditions and should not be used as an indicator of future performance; no expressed or implied warranties or guarantees of any kind are given.

Respectfully submitted,

KNOTT LABORATORY, LLC


Eric Black, B.S., EI, CFEI, CVFI                    Henry V. Mowry, P.E., CFEI, CVFI
Mechanical Engineer                                 Mechanical Engineer


**Appendix A, Photographs**
**Appendix B, Weather Data**
**Appendix C, Utility Records**

## Appendix A: Photographs

Photographs taken during our inspection, which have not been included in this report, have been retained in our files and will be made available to you upon your request. Note that the brightness and/or contrast of some photographs may have been enhanced for purposes of clarity. Some photographs may be cropped from their original sizes in order to emphasize a specific item or feature. No significant changes to any photographs were made that would alter factual representations.





Photograph 1 – View of the west elevation of subject structure.



Photograph 2 – Aerial photograph of the subject property (Provided by Google).





Photograph 3 – Drywall and floor damage to main level/kitchen.



Photograph 4 – Damage to flooring of master bedroom/upper level.





Photograph 5 – Master bathroom vanity and approximate location of failure.



Photograph 6 – Location of break in copper pipe.





Photograph 7 – Close up of break in copper pipe.



Photograph 8 –Carrier Corporation furnace.

Monaghan.17167
Claim No: AO2171676                 Page 13 of 16





Photograph 9 – Bradford White water heater.



## Appendix B: Weather Data



# Denver Centennial, CO 🏠

Centennial

⏱ **1:13 PM MST on March 08, 2019** (GMT -0700)

## Weather History for KAPA - September, 2018

From:

| September |
| --- |

| 15 |
| --- |

| 2018 |
| --- |

To:

| January |
| --- |

| 31 |
| --- |

| 2019 |
| --- |

**Get History**

| Daily | Weekly | Monthly | **Custom** |
| --- | --- | --- | --- |

|  | Max | Avg | Min | Sum |
| --- | --- | --- | --- | --- |
| Temperature |  |  |  |  |
| Max Temperature | **91** °F | **53** °F | **13** °F |  |
| Mean Temperature | **75** °F | **40** °F | **5** °F |  |
| Min Temperature | **58** °F | **27** °F | **-4** °F |  |
| Degree Days |  |  |  |  |
| Heating Degree Days (base 65) | 60 | 25 | 0 | 3505 |
| Cooling Degree Days (base 65) | 10 | 0 | 0 | 53 |
| Growing Degree Days (base 50) | 25 | 2 | 0 | 319 |
| Dew Point |  |  |  |  |

3/8/2019                                    Weather History for Denver Centennial, CO | Weather Underground

|  | Max | Avg | Min | Sum |
|---|---|---|---|---|
| Dew Point | 56 °F | 21 °F | -9 °F | |
| Precipitation | | | | |
| Precipitation | 0.30 in | 0.02 in | 0.00 in | 1.81 in |
| Snowdepth | 0.0 in | 0.0 in | 0.0 in | - |
| Wind | | | | |
| Wind | 45 mph | 7 mph | 0 mph | |
| Gust Wind | 60 mph | 25 mph | 16 mph | |
| Sea Level Pressure | | | | |
| Sea Level Pressure | 30.70 in | 30.06 in | 29.32 in | |

## Custom Weather History Graph



## Search for Another Location

Airport or City:

KAPA

**Submit**

Weather History & Observations

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sep | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg |
| | 91 | 71 | 51 | 50 | 32 | 23 | 51 | 31 | 11 | 29.99 | 29.90 | 29.82 | 10 | 10 | 10 | 21 | 6 |
| | 91 | 74 | 57 | 51 | 40 | 34 | 72 | 43 | 14 | 29.91 | 29.84 | 29.80 | 10 | 10 | 10 | 20 | 9 |
| | 91 | 74 | 57 | 44 | 38 | 35 | 55 | 35 | 15 | 29.93 | 29.85 | 29.78 | 10 | 10 | 10 | 13 | 6 |
| | 91 | 75 | 58 | 46 | 41 | 37 | 49 | 32 | 15 | 29.92 | 29.81 | 29.70 | 10 | 10 | 10 | 21 | 7 |

Weather History for Denver-Centennial, CO | Weather Underground

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|------|------|-----|-----|------|-----|-----|------|-----|-----|------|------|------|------|-----|-----|------|-----|
| | 85 | 71 | 57 | 56 | 46 | 32 | 78 | 47 | 16 | 30.00 | 29.77 | 29.69 | 10 | 10 | 6 | 28 | 6 |
| | 81 | 68 | 55 | 55 | 42 | 26 | 84 | 51 | 18 | 30.10 | 29.79 | 29.69 | 10 | 10 | 10 | 20 | 7 |
| | 77 | 63 | 49 | 50 | 43 | 36 | 86 | 56 | 25 | 30.29 | 30.14 | 30.05 | 10 | 10 | 10 | 29 | 10 |
| | 85 | 67 | 48 | 43 | 30 | 17 | 77 | 43 | 8 | 30.10 | 30.00 | 29.90 | 10 | 10 | 10 | 18 | 8 |
| | 86 | 69 | 52 | 31 | 26 | 22 | 36 | 24 | 11 | 29.93 | 29.82 | 29.70 | 10 | 10 | 10 | 20 | 9 |
| | 75 | 64 | 53 | 45 | 38 | 26 | 62 | 42 | 22 | 30.01 | 29.80 | 29.68 | 10 | 10 | 10 | 26 | 8 |
| | 62 | 50 | 38 | 45 | 32 | 26 | 82 | 55 | 27 | 30.28 | 30.16 | 29.88 | 10 | 10 | 10 | 22 | 8 |
| | 71 | 57 | 43 | 32 | 28 | 19 | 58 | 37 | 15 | 30.25 | 30.13 | 30.00 | 10 | 10 | 10 | 18 | 8 |
| | 78 | 60 | 41 | 29 | 23 | 18 | 49 | 31 | 12 | 30.04 | 29.95 | 29.84 | 10 | 10 | 10 | 22 | 6 |
| | 57 | 48 | 39 | 39 | 37 | 35 | 85 | 68 | 51 | 30.22 | 30.13 | 30.00 | 10 | 10 | 10 | 15 | 7 |
| | 83 | 61 | 38 | 40 | 28 | 20 | 85 | 48 | 10 | 30.05 | 29.90 | 29.79 | 10 | 10 | 10 | 22 | 6 |
| | 64 | 52 | 40 | 43 | 41 | 38 | 93 | 71 | 48 | 30.20 | 30.06 | 29.96 | 10 | 9 | 3 | 17 | 5 |

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|------|------|-----|-----|------|-----|-----|------|-----|-----|------|------|------|------|-----|-----|------|-----|
| Oct | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg |
| | 69 | 55 | 41 | 48 | 43 | 40 | 100 | 71 | 42 | 30.17 | 30.08 | 30.00 | 10 | 6 | 0 | 13 | 5 |
| | 78 | 66 | 53 | 48 | 45 | 43 | 66 | 50 | 33 | 29.99 | 29.87 | 29.69 | 10 | 10 | 10 | 22 | 7 |
| | 85 | 68 | 50 | 46 | 42 | 34 | 59 | 38 | 16 | 30.08 | 29.78 | 29.64 | 10 | 10 | 10 | 22 | 11 |
| | 67 | 57 | 47 | 43 | 39 | 34 | 80 | 60 | 39 | 30.04 | 29.90 | 29.78 | 10 | 10 | 10 | 25 | 11 |
| | 74 | 55 | 36 | 40 | 34 | 29 | 85 | 54 | 22 | 30.11 | 29.88 | 29.72 | 10 | 10 | 5 | 29 | 9 |
| | 59 | 47 | 34 | 38 | 36 | 33 | 100 | 72 | 44 | 30.16 | 29.99 | 29.87 | 10 | 9 | 4 | 25 | 8 |
| | 47 | 43 | 38 | 43 | 39 | 36 | 100 | 86 | 71 | 29.95 | 29.90 | 29.83 | 10 | 6 | 1 | 16 | 8 |
| | 40 | 38 | 36 | 40 | 36 | 35 | 100 | 93 | 85 | 30.03 | 29.97 | 29.92 | 10 | 4 | 1 | 12 | 6 |
| | 37 | 34 | 31 | 36 | 34 | 31 | 100 | 95 | 89 | 30.03 | 29.98 | 29.93 | 10 | 6 | 1 | 13 | 6 |
| | 35 | 33 | 30 | 32 | 30 | 27 | 100 | 91 | 82 | 30.17 | 30.03 | 29.96 | 10 | 6 | 1 | 12 | 6 |
| | 50 | 42 | 34 | 38 | 34 | 31 | 100 | 81 | 61 | 30.15 | 30.03 | 29.90 | 10 | 8 | 0 | 17 | 6 |
| | 64 | 49 | 33 | 40 | 34 | 26 | 100 | 63 | 25 | 30.14 | 30.00 | 29.85 | 10 | 6 | 0 | 14 | 6 |
| | 63 | 45 | 26 | 36 | 30 | 23 | 100 | 61 | 21 | 30.06 | 29.80 | 29.66 | 10 | 9 | 2 | 30 | 7 |
| | 26 | 22 | 18 | 26 | 18 | 14 | 100 | 92 | 84 | 30.51 | 30.28 | 30.07 | 10 | 4 | 0 | 21 | 12 |
| | 46 | 30 | 13 | 19 | 13 | 6 | 88 | 54 | 20 | 30.52 | 30.46 | 30.40 | 10 | 10 | 10 | 22 | 7 |
| | 54 | 39 | 24 | 30 | 23 | 16 | 76 | 55 | 34 | 30.49 | 30.45 | 30.39 | 10 | 10 | 10 | 13 | 5 |

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 58 | 44 | 29 | 34 | 30 | 27 | 85 | 60 | 35 | 30.54 | 30.44 | 30.32 | 10 | 10 | 10 | 28 | 10 |
| | 67 | 53 | 38 | 38 | 34 | 26 | 85 | 54 | 22 | 30.29 | 30.16 | 30.02 | 10 | 10 | 10 | 23 | 15 |
| | 65 | 51 | 36 | 37 | 27 | 21 | 70 | 45 | 19 | 30.37 | 30.26 | 30.09 | 10 | 10 | 10 | 16 | 9 |
| | 69 | 52 | 34 | 26 | 24 | 21 | 69 | 44 | 19 | 30.43 | 30.32 | 30.19 | 10 | 10 | 10 | 15 | 6 |
| | 72 | 56 | 40 | 29 | 25 | 20 | 51 | 35 | 19 | 30.18 | 30.10 | 30.02 | 10 | 10 | 10 | 16 | 7 |
| | 73 | 56 | 38 | 31 | 28 | 26 | 60 | 40 | 19 | 30.17 | 30.10 | 30.01 | 10 | 10 | 10 | 21 | 5 |
| | 65 | 55 | 45 | 42 | 38 | 32 | 76 | 58 | 39 | 30.16 | 30.09 | 30.00 | 10 | 10 | 10 | 26 | 11 |
| | 58 | 49 | 39 | 44 | 40 | 33 | 86 | 69 | 51 | 30.02 | 29.97 | 29.91 | 10 | 10 | 10 | 16 | 6 |
| | 64 | 52 | 40 | 31 | 29 | 25 | 62 | 43 | 23 | 30.05 | 29.98 | 29.92 | 10 | 10 | 10 | 18 | 8 |
| | 66 | 51 | 36 | 30 | 26 | 22 | 64 | 42 | 20 | 30.11 | 30.04 | 29.96 | 10 | 10 | 10 | 17 | 6 |
| | 72 | 57 | 41 | 37 | 30 | 25 | 70 | 46 | 22 | 30.19 | 30.01 | 29.91 | 10 | 10 | 10 | 18 | 9 |
| | 75 | 56 | 37 | 38 | 33 | 26 | 85 | 51 | 17 | 30.18 | 30.07 | 29.94 | 10 | 10 | 10 | 14 | 6 |
| | 77 | 59 | 41 | 35 | 22 | 16 | 70 | 41 | 11 | 29.92 | 29.82 | 29.63 | 10 | 10 | 10 | 22 | 8 |
| | 42 | 37 | 32 | 34 | 31 | 25 | 100 | 77 | 54 | 30.20 | 30.08 | 29.94 | 10 | 6 | 1 | 12 | 6 |
| | 43 | 37 | 30 | 32 | 30 | 25 | 100 | 79 | 57 | 30.27 | 30.14 | 29.98 | 10 | 6 | 1 | 15 | 4 |

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg |
| | 52 | 41 | 30 | 27 | 23 | 18 | 78 | 52 | 26 | 30.04 | 30.00 | 29.96 | 10 | 10 | 10 | 23 | 5 |
| | 64 | 47 | 30 | 34 | 28 | 24 | 78 | 53 | 27 | 30.04 | 29.86 | 29.70 | 10 | 10 | 10 | 31 | 8 |
| | 50 | 40 | 30 | 36 | 31 | 23 | 100 | 71 | 42 | 30.19 | 29.98 | 29.70 | 10 | 10 | 4 | 26 | 10 |
| | 53 | 41 | 29 | 30 | 26 | 24 | 92 | 62 | 32 | 30.12 | 29.84 | 29.63 | 10 | 10 | 10 | 21 | 7 |
| | 52 | 41 | 30 | 24 | 18 | 13 | 51 | 36 | 21 | 29.89 | 29.78 | 29.62 | 10 | 10 | 10 | 28 | 15 |
| | 50 | 38 | 25 | 25 | 19 | 15 | 72 | 49 | 26 | 30.14 | 30.02 | 29.90 | 10 | 10 | 10 | 18 | 5 |
| | 43 | 33 | 23 | 32 | 27 | 21 | 100 | 79 | 57 | 30.27 | 30.16 | 30.07 | 10 | 9 | 4 | 16 | 7 |
| | 36 | 29 | 21 | 30 | 23 | 12 | 100 | 78 | 56 | 30.35 | 30.23 | 30.08 | 10 | 8 | 4 | 12 | 7 |
| | 48 | 32 | 16 | 20 | 13 | 6 | 73 | 46 | 19 | 30.45 | 30.30 | 30.06 | 10 | 10 | 10 | 17 | 6 |
| | 55 | 40 | 24 | 22 | 8 | -2 | 68 | 39 | 10 | 30.08 | 29.97 | 29.86 | 10 | 10 | 10 | 21 | 7 |
| | 32 | 26 | 20 | 24 | 21 | 19 | 92 | 78 | 63 | 30.51 | 30.26 | 30.08 | 10 | 3 | 1 | 15 | 9 |
| | 26 | 19 | 12 | 19 | 14 | 8 | 100 | 78 | 55 | 30.70 | 30.54 | 30.35 | 10 | 5 | 0 | 17 | 9 |
| | 46 | 31 | 15 | 23 | 18 | 10 | 81 | 59 | 37 | 30.63 | 30.55 | 30.47 | 10 | 10 | 10 | 12 | 5 |

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 59 | 43 | 26 | 26 | 21 | 19 | 81 | 51 | 21 | 30.46 | 30.32 | 30.14 | 10 | 10 | 10 | 12 | 4 |
| | 57 | 44 | 31 | 26 | 21 | 17 | 72 | 48 | 24 | 30.20 | 30.13 | 30.08 | 10 | 10 | 10 | 14 | 7 |
| | 52 | 42 | 31 | 28 | 21 | 14 | 70 | 46 | 22 | 30.13 | 30.01 | 29.90 | 10 | 10 | 10 | 15 | 8 |
| | 35 | 28 | 20 | 31 | 25 | 20 | 100 | 88 | 75 | 30.40 | 30.23 | 30.12 | 10 | 4 | 0 | 17 | 7 |
| | 50 | 34 | 18 | 26 | 16 | 5 | 92 | 54 | 16 | 30.38 | 30.20 | 30.05 | 10 | 10 | 8 | 12 | 3 |
| | 49 | 35 | 20 | 18 | 14 | 7 | 71 | 45 | 19 | 30.32 | 30.24 | 30.12 | 10 | 10 | 10 | 15 | 6 |
| | 57 | 41 | 24 | 20 | 17 | 12 | 68 | 43 | 18 | 30.29 | 30.22 | 30.14 | 10 | 10 | 10 | 13 | 5 |
| | 60 | 43 | 25 | 19 | 13 | 8 | 63 | 38 | 12 | 30.25 | 30.17 | 30.10 | 10 | 10 | 10 | 10 | 4 |
| | 59 | 44 | 28 | 22 | 13 | 8 | 47 | 31 | 14 | 30.09 | 29.87 | 29.66 | 10 | 10 | 10 | 17 | 5 |
| | 52 | 40 | 28 | 20 | 14 | 11 | 44 | 32 | 19 | 29.83 | 29.75 | 29.69 | 10 | 10 | 10 | 29 | 16 |
| | 60 | 43 | 26 | 34 | 23 | 9 | 92 | 58 | 22 | 29.93 | 29.62 | 29.32 | 10 | 7 | 0 | 45 | 15 |
| | 39 | 29 | 19 | 23 | 16 | 9 | 88 | 60 | 32 | 30.31 | 30.19 | 29.96 | 10 | 9 | 2 | 30 | 13 |
| | 50 | 32 | 13 | 18 | 10 | 2 | 67 | 43 | 19 | 30.34 | 30.22 | 30.07 | 10 | 10 | 10 | 18 | 5 |
| | 55 | 41 | 26 | 19 | 16 | 12 | 63 | 41 | 19 | 30.08 | 29.93 | 29.74 | 10 | 10 | 10 | 22 | 7 |
| | 56 | 45 | 34 | 28 | 24 | 18 | 59 | 43 | 27 | 29.74 | 29.69 | 29.63 | 10 | 10 | 10 | 16 | 7 |
| | 50 | 40 | 29 | 30 | 27 | 23 | 82 | 64 | 46 | 29.85 | 29.75 | 29.64 | 10 | 10 | 10 | 10 | 5 |
| | 35 | 30 | 24 | 32 | 29 | 21 | 100 | 85 | 70 | 29.67 | 29.62 | 29.51 | 10 | 4 | 1 | 14 | 5 |
| **2018** | **Temp. (°F)** | | | **Dew Point (°F)** | | | **Humidity (%)** | | | **Sea Level Press. (in)** | | | **Visibility (mi)** | | | **Wind (mph)** | |
| Dec | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg |
| | 42 | 31 | 19 | 25 | 19 | 14 | 92 | 63 | 34 | 29.81 | 29.68 | 29.60 | 10 | 10 | 6 | 20 | 5 |
| | 34 | 24 | 13 | 20 | 15 | 8 | 81 | 64 | 47 | 30.12 | 29.97 | 29.82 | 10 | 10 | 7 | 12 | 5 |
| | 32 | 27 | 21 | 23 | 20 | 16 | 92 | 71 | 49 | 30.28 | 30.18 | 30.03 | 10 | 9 | 6 | 9 | 3 |
| | 36 | 25 | 14 | 17 | 2 | -7 | 100 | 59 | 17 | 30.35 | 30.28 | 30.14 | 10 | 10 | 6 | 25 | 7 |
| | 50 | 32 | 14 | 20 | 6 | -7 | 92 | 57 | 21 | 30.21 | 30.12 | 29.94 | 10 | 10 | 10 | 14 | 5 |
| | 31 | 23 | 15 | 20 | 14 | 11 | 92 | 70 | 47 | 30.37 | 30.27 | 30.12 | 10 | 10 | 9 | 14 | 5 |
| | 46 | 30 | 14 | 20 | 17 | 11 | 88 | 63 | 37 | 30.40 | 30.33 | 30.24 | 10 | 10 | 9 | 15 | 5 |
| | 49 | 33 | 17 | 23 | 17 | 14 | 84 | 55 | 26 | 30.38 | 30.29 | 30.18 | 10 | 10 | 10 | 12 | 4 |
| | 43 | 30 | 17 | 21 | 14 | 6 | 84 | 57 | 29 | 30.49 | 30.42 | 30.32 | 10 | 10 | 10 | 12 | 3 |
| | 58 | 37 | 16 | 5 | -1 | -9 | 61 | 34 | 6 | 30.36 | 30.20 | 29.98 | 10 | 10 | 10 | 14 | 6 |
| | 58 | 45 | 31 | 13 | 4 | -3 | 27 | 18 | 9 | 30.01 | 29.95 | 29.83 | 10 | 10 | 10 | 22 | 7 |

**2018**

| Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 58 | 45 | 31 | 25 | 7 | -2 | 69 | 40 | 10 | 30.04 | 29.76 | 29.58 | 10 | 10 | 5 | 28 | 11 |
| 40 | 31 | 21 | 17 | 6 | -2 | 58 | 38 | 17 | 30.38 | 30.27 | 30.06 | 10 | 10 | 10 | 29 | 9 |
| 52 | 37 | 21 | 13 | 10 | 6 | 54 | 38 | 21 | 30.42 | 30.28 | 30.08 | 10 | 10 | 10 | 18 | 7 |
| 54 | 41 | 28 | 18 | 14 | 11 | 53 | 36 | 19 | 30.24 | 30.12 | 30.04 | 10 | 10 | 10 | 12 | 4 |
| 61 | 43 | 24 | 17 | 13 | 9 | 55 | 34 | 12 | 30.38 | 30.29 | 30.18 | 10 | 10 | 10 | 13 | 5 |
| 58 | 40 | 21 | 16 | 11 | 7 | 55 | 35 | 14 | 30.19 | 30.07 | 29.97 | 10 | 10 | 10 | 13 | 6 |
| 55 | 41 | 26 | 21 | 17 | 13 | 58 | 41 | 24 | 30.04 | 29.93 | 29.83 | 10 | 10 | 10 | 12 | 4 |
| 49 | 37 | 24 | 24 | 17 | 13 | 63 | 43 | 23 | 30.24 | 29.98 | 29.80 | 10 | 10 | 10 | 31 | 14 |
| 50 | 35 | 19 | 15 | 13 | 11 | 68 | 46 | 23 | 30.34 | 30.21 | 29.99 | 10 | 10 | 10 | 17 | 7 |
| 62 | 44 | 25 | 18 | 12 | 1 | 57 | 34 | 11 | 29.94 | 29.76 | 29.65 | 10 | 10 | 10 | 23 | 8 |
| 41 | 29 | 17 | 23 | 17 | 12 | 80 | 59 | 38 | 30.34 | 30.07 | 29.75 | 10 | 10 | 9 | 16 | 9 |
| 49 | 31 | 13 | 11 | 7 | 2 | 80 | 49 | 17 | 30.38 | 30.21 | 30.04 | 10 | 10 | 10 | 16 | 8 |
| 47 | 35 | 22 | 18 | 14 | 9 | 74 | 52 | 30 | 30.08 | 30.02 | 29.93 | 10 | 10 | 10 | 13 | 4 |
| 47 | 35 | 22 | 20 | 17 | 15 | 74 | 54 | 33 | 30.09 | 29.98 | 29.86 | 10 | 10 | 10 | 15 | 5 |
| 38 | 28 | 18 | 27 | 20 | 14 | 85 | 69 | 52 | 29.95 | 29.85 | 29.73 | 10 | 9 | 3 | 17 | 7 |
| 28 | 22 | 15 | 18 | 9 | 3 | 91 | 67 | 42 | 30.12 | 29.93 | 29.73 | 10 | 10 | 9 | 20 | 8 |
| 23 | 17 | 11 | 9 | 7 | 5 | 84 | 68 | 52 | 30.30 | 30.22 | 30.04 | 10 | 10 | 7 | 12 | 5 |
| 41 | 23 | 5 | 11 | 3 | -2 | 96 | 57 | 17 | 30.30 | 30.14 | 29.94 | 10 | 10 | 10 | 12 | 5 |
| 52 | 38 | 24 | 17 | 13 | 5 | 49 | 36 | 22 | 29.91 | 29.68 | 29.53 | 10 | 10 | 10 | 20 | 8 |
| 33 | 18 | 2 | 16 | 7 | 0 | 92 | 72 | 51 | 30.46 | 30.04 | 29.59 | 10 | 2 | 0 | 23 | 11 |

**2019**

| Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan | | | | | | | | | | | | | | | | |
| high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg | low | high | avg |
| 13 | 5 | -4 | 3 | -1 | -6 | 95 | 81 | 66 | 30.47 | 30.32 | 30.10 | 10 | 9 | 2 | 10 | 4 |
| 37 | 21 | 4 | 13 | 7 | 0 | 73 | 54 | 35 | 30.33 | 30.21 | 30.11 | 10 | 10 | 10 | 10 | 4 |
| 52 | 32 | 12 | 20 | 13 | 3 | 69 | 47 | 24 | 30.15 | 30.07 | 29.99 | 10 | 10 | 10 | 10 | 4 |
| 62 | 43 | 24 | 26 | 20 | 16 | 68 | 43 | 17 | 30.08 | 30.00 | 29.91 | 10 | 10 | 10 | 10 | 6 |
| 58 | 42 | 25 | 24 | 18 | 14 | 58 | 39 | 19 | 30.04 | 29.95 | 29.79 | 10 | 10 | 10 | 15 | 6 |
| 55 | 41 | 27 | 24 | 22 | 18 | 69 | 49 | 29 | 29.78 | 29.66 | 29.53 | 10 | 10 | 10 | 16 | 5 |
| 52 | 41 | 29 | 17 | 12 | 8 | 58 | 39 | 20 | 30.09 | 29.88 | 29.74 | 10 | 10 | 10 | 29 | 9 |
| 49 | 36 | 22 | 18 | 16 | 14 | 68 | 48 | 28 | 30.50 | 30.33 | 30.09 | 10 | 10 | 10 | 20 | 10 |
| 53 | 36 | 18 | 20 | 17 | 13 | 73 | 49 | 24 | 30.47 | 30.31 | 30.11 | 10 | 10 | 10 | 9 | 3 |

| 2018 | Temp. (°F) | | | Dew Point (°F) | | | Humidity (%) | | | Sea Level Press. (in) | | | Visibility (mi) | | | Wind (mph) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 58 | 43 | 27 | 23 | 19 | 16 | 58 | 40 | 21 | 30.14 | 30.04 | 29.95 | 10 | 10 | 10 | 12 | 4 |
| | 42 | 36 | 30 | 32 | 31 | 21 | 100 | 72 | 43 | 30.25 | 30.10 | 29.95 | 10 | 2 | 0 | 21 | 9 |
| | 33 | 26 | 19 | 30 | 27 | 18 | 100 | 89 | 78 | 30.35 | 30.27 | 30.16 | 10 | 6 | 1 | 18 | 8 |
| | 34 | 24 | 13 | 22 | 18 | 13 | 100 | 81 | 61 | 30.44 | 30.36 | 30.30 | 10 | 10 | 10 | 8 | 4 |
| | 42 | 27 | 11 | 16 | 8 | -3 | 92 | 54 | 16 | 30.44 | 30.35 | 30.27 | 10 | 10 | 10 | 9 | 3 |
| | 47 | 29 | 10 | 23 | 13 | 2 | 67 | 50 | 33 | 30.27 | 30.19 | 30.06 | 10 | 10 | 10 | 16 | 4 |
| | 52 | 41 | 29 | 26 | 22 | 18 | 69 | 51 | 33 | 30.09 | 29.98 | 29.86 | 10 | 10 | 10 | 17 | 8 |
| | 53 | 39 | 24 | 24 | 20 | 16 | 75 | 54 | 32 | 30.09 | 29.92 | 29.70 | 10 | 10 | 10 | 18 | 9 |
| | 42 | 31 | 19 | 32 | 27 | 19 | 100 | 73 | 45 | 30.26 | 29.91 | 29.62 | 10 | 6 | 0 | 25 | 12 |
| | 44 | 28 | 11 | 22 | 17 | 9 | 81 | 60 | 39 | 30.34 | 30.26 | 30.17 | 10 | 10 | 10 | 13 | 7 |
| | 55 | 42 | 29 | 32 | 24 | 15 | 75 | 55 | 35 | 30.15 | 29.99 | 29.67 | 10 | 10 | 10 | 20 | 8 |
| | 50 | 36 | 21 | 29 | 20 | 10 | 92 | 59 | 25 | 29.77 | 29.53 | 29.33 | 10 | 8 | 0 | 32 | 16 |
| | 27 | 19 | 11 | 20 | 16 | 5 | 100 | 75 | 50 | 30.28 | 30.07 | 29.77 | 10 | 5 | 0 | 36 | 17 |
| | 43 | 29 | 14 | 18 | 10 | 2 | 68 | 51 | 33 | 30.19 | 30.06 | 29.90 | 10 | 10 | 10 | 31 | 10 |
| | 27 | 19 | 10 | 21 | 15 | 9 | 92 | 74 | 55 | 30.41 | 30.20 | 30.06 | 10 | 6 | 0 | 29 | 10 |
| | 37 | 23 | 8 | 15 | 10 | 6 | 88 | 62 | 35 | 30.32 | 30.24 | 30.14 | 10 | 10 | 10 | 14 | 5 |
| | 42 | 28 | 14 | 18 | 13 | 7 | 67 | 51 | 34 | 30.30 | 30.21 | 30.14 | 10 | 10 | 10 | 25 | 7 |
| | 50 | 36 | 21 | 25 | 18 | 12 | 68 | 50 | 31 | 30.18 | 29.97 | 29.75 | 10 | 10 | 10 | 30 | 8 |
| | 29 | 19 | 9 | 25 | 17 | 6 | 92 | 80 | 68 | 30.36 | 30.18 | 29.94 | 10 | 5 | 0 | 20 | 6 |
| | 30 | 18 | 5 | 12 | 6 | 0 | 80 | 63 | 46 | 30.29 | 30.21 | 30.13 | 10 | 10 | 10 | 13 | 5 |
| | 49 | 30 | 11 | 15 | 6 | -3 | 70 | 42 | 14 | 30.06 | 29.95 | 29.84 | 10 | 10 | 10 | 17 | 8 |
| | 47 | 32 | 17 | 20 | 12 | 3 | 63 | 46 | 28 | 30.06 | 29.98 | 29.85 | 10 | 10 | 10 | 17 | 6 |

**Appendix C: Xcel Utility Records**

**From:**      "Sean Monaghan" <SMonaghan@ShelterInsurance.com>
**Sent:**      Saturday, February 09, 2019 9:30:40 PM
**To:**        "claimsdocuments@shelterinsurance.com" <claimsdocuments@shelterinsurance.com>
**Cc:**
**Subject:**   FW: [EXTERNAL] 12066 East Lake Circle
**Attachments:** Lake Circle - Xcel Energy Invoice - 12-24-18.pdf; Lake Circle - Xcel Energy Invoice - 1-25-19.pdf

AO2171676

**From:** dsummerslaw@gmail.com <dsummerslaw@gmail.com>
**Sent:** Friday, February 8, 2019 6:13 PM
**To:** SMonaghan@shelterinsurance.com
**Subject:** [EXTERNAL] 12066 East Lake Circle

Sean,

    I was finally able to obtain from Xcel Energy the last two month's statements for the property at 12066 East Lake Circle that you requested. I have attached them.

David Summers



PUBLIC SERVICE COMPANY OF COLORADO

Page 1 of 4

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | 02/13/2019 |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 624092220 | 01/25/2019 | $1,823.55 |

### Your Account is Overdue - Please Pay Immediately

## YOUR MONTHLY ELECTRICITY USAGE



J F M A M J J A S O N D J

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 34° F |
| Electricity kWh | 0.0 | 9.1 |
| Electricity Cost | $0.00 | $1.11 |

## YOUR MONTHLY NATURAL GAS USAGE

J F M A M J J A S O N D J

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 34° F |
| Gas Therms | 0.0 | 0.9 |
| Gas Cost | $0.00 | $0.93 |

### SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 12/21/18 - 01/24/19 | 311 kWh | $37.74 |
| Natural Gas Service | 12/21/18 - 01/24/19 | 31 therms | $31.54 |
| Non-Recurring Charges / Credits | | | -$0.01 CR |
| **Current Charges** | | | **$69.27** |

### ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 12/21 | $1,814.28 |
| Payment Received | Pay Station 01/18 | -$60.00 CR |
| Balance Forward | | **$1,754.28** |
| Current Charges | | $69.27 |
| **Amount Due** | | **$1,823.55** |

### INFORMATION ABOUT YOUR BILL

Just a reminder about the past due amount on your account.  If you have already sent your payment, thank you.  Otherwise, please call 1-800-895-4999 to confirm the status of your account.

Thank you for your payment.

Your account has been credited for the interest earned to date on your deposit.

011049 1/2

## QUESTIONS ABOUT YOUR BILL?

See our website:   xcelenergy.com

Email us at:        Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

| Please Call: | 1-800-895-4999 |
|---|---|
| Hearing Impaired: | 1-800-895-4949 |
| Español: | 1-800-687-8778 |

Or write us at:     XCEL ENERGY
                    PO BOX 8
                    EAU CLAIRE WI 54702-0008

Like us on Facebook     Follow us on Twitter

  



Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of this bill and CHECK THE RED BOX under your address below.

------ manifest line ---------

ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 02/13/2019 | $1,823.55 | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

**FEBRUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

11

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53021319 0012482525 9 00000006927000001823 55



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **02/13/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 624092220 | 01/25/2019 | **$1,823.55** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 02/26/19

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0764462132

### METER READING INFORMATION

**METER D2487142** — Read Dates: 12/21/18 - 01/24/19 (34 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 21571 Actual | 21260 Actual | 311 kWh |

### ELECTRICITY CHARGES — RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.41 |
| Non-Summer | 311 kWh | $0.054610 | $16.98 |
| Trans Cost Adj | 91.47 kWh | $0.001520 | $0.14 |
| Trans Cost Adj | 219.53 kWh | $0.002030 | $0.45 |
| Elec Commodity Adj | 91.47 kWh | $0.035810 | $3.28 |
| Elec Commodity Adj | 219.53 kWh | $0.035830 | $7.87 |
| Demand Side Mgmt Cost | 91.47 kWh | $0.001980 | $0.18 |
| Demand Side Mgmt Cost | 219.53 kWh | $0.001590 | $0.35 |
| Purch Cap Cost Adj | 91.47 kWh | $0.004330 | $0.40 |
| Purch Cap Cost Adj | 219.53 kWh | $0.004010 | $0.88 |
| CACJA | 91.47 kWh | $0.002870 | $0.26 |
| CACJA | 219.53 kWh | $0.003010 | $0.66 |
| Renew. Energy Std Adj | | | $0.73 |
| GRSA | | | - $0.95 **CR** |
| **Subtotal** | | | **$36.64** |
| Franchise Fee | | 3.00% | $1.10 |
| **Total** | | | **$37.74** |





**New pricing for Home Energy Squad.**

Start the New Year with a visit from Home Energy Squad. Our technicians will install $200 worth of services and equipment in just two hours for only $50.* The cost includes:

- Switching out traditional, incandescent bulbs for LEDs.
- Installing a programmable thermostat
- Replacing showerheads with energy-efficient models and more.

*The $50 trip charge includes installation, labor and materials for the basic services outlined above. Additional quantities of weather stripping and thermostats can be purchased a la carte. Available only to Colorado Xcel Energy combination electric and natural gas residential customers, or electric only customers. Depending on the availability of our Squad, please allow up to 10 days to schedule your visit. For eligibility and service details, visit xcelenergy.com/HomeEnergySquad.

To schedule your visit, call 303.446.7910 or visit **xcelenergy.com/ HomeEnergySquad.**



## Together we power stability.

Energy Outreach Colorado is a nonprofit partnering with Xcel Energy to provide energy bill payment assistance and energy efficiency upgrades for affordable housing and nonprofit facilities. We need your help today!



**CHECK THE RED BOX** on the front-left side of this payment stub AND select a tax-deductible contribution below.

**Monthly donation:**

$20____   $10____   $5____   Other_____

Or, visit the Energy Outreach Colorado website at **www.energyoutreach.org** to make a one-time donation.

**Xcel** Energy®

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **02/13/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 624092220 | 01/25/2019 | **$1,823.55** |

SERVICE ADDRESS: **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
NEXT READ DATE: 02/26/19

## NATURAL GAS SERVICE DETAILS

PREMISES NUMBER: 302106467
INVOICE NUMBER: 0383165834

### METER READING INFORMATION

METER A1489430      Read Dates: 12/21/18 - 01/24/19 (34 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 2752 Actual | 2719 Actual | 33 ccf |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE UNITS | CONVERSION | VALUE UNITS |
|---|---|---|---|
| Therm Multiplier | 33 ccf | x 0.929739 | **31 therms** |

### NATURAL GAS CHARGES     RATE: RG Residential

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $11.15 |
| Usage Charge | 31 therms | $0.084400 | $2.62 |
| Interstate Pipeline | 31 therms | $0.065200 | $2.02 |
| Natural Gas 4 Qtr | 10.38 therms | $0.230100 | $2.39 |
| Natural Gas 1 Qtr | 20.62 therms | $0.341600 | $7.04 |
| DSMCA | | | $0.74 |
| Pipe Sys Int Adj | 10.38 therms | $0.038880 | $0.40 |
| Pipe Sys Int Adj | 20.62 therms | $0.045280 | $0.93 |
| GRSA | | | $3.33 |
| **Subtotal** | | | **$30.62** |
| Franchise Fee | | 3.00% | $0.92 |
| **Total** | | | **$31.54** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | | CHARGE |
|---|---|---|
| Interest on deposit to 01/01/2019 | | - $0.01 CR |
| **Total** | | **- $0.01 CR** |

01104日 2/2

## THANK YOU.

Thanks to Coloradoans like you supporting our investments in clean energy and energy efficiency programs, you've helped make our Colorado customers' average energy bills 29% lower than the national average. Learn more at **xcelenergy.com/ KeepingCostsLow.**

ALWAYS *delivering.*



## CARBON-FREE BY 2050.

We believe the future is carbon free. That's why our plan is to provide zero-carbon electricity by 2050. Together, we believe we can make that plan a reality. Learn more at **xcelenergy.com/CleanEnergy.**

ALWAYS *delivering.*

01/25/2019

53-0012482525-9



PUBLIC SERVICE COMPANY OF COLORADO



**Xcel** Energy®
RESPONSIBLE BY NATURE™

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | 01/14/2019 |

| STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
|---|---|---|
| 620190856 | 12/24/2018 | $1,814.28 |

### YOUR MONTHLY ELECTRICITY USAGE

D J F M A M J J A S O N D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Electricity kWh | 0.0 | 1.4 |
| Electricity Cost | $0.00 | - $0.79 |

### YOUR MONTHLY NATURAL GAS USAGE



D J F M A M J J A S O N D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Gas Therms | 0.0 | 0.2 |
| Gas Cost | $0.00 | $0.39 |

### QUESTIONS ABOUT YOUR BILL?

See our website:    xcelenergy.com

Email us at:    Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

Please Call:    1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español:    1-800-687-8778

Or write us at:    XCEL ENERGY
    PO BOX 8
    EAU CLAIRE WI 54702-0008

 Like us on Facebook     Follow us on Twitter    

### SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 12/03/18 - 12/21/18 | 42 kWh | -$32.39 CR |
| Natural Gas Service | 12/03/18 - 12/21/18 | 6 therms | $11.67 |
| Non-Recurring Charges / Credits | | | $1,835.00 |
| **Current Charges** | | | **$1,814.28** |

### ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 12/03 | $0.00 |
| No Payments Received | | $0.00 |
| Balance Forward | | **$0.00** |
| Current Charges | | $1,814.28 |
| **Amount Due** | | **$1,814.28** |

011048 1/2

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**



**Xcel** Energy®

Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of this payment stub and CHECK THE RED BOX under your address below.

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 01/14/2019 | $1,814.28 | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

**JANUARY**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

------ manifest line ---------



ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32  53011419  00124825259  00000181428000000181428



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **01/14/2019** |
| | STATEMENT NUMBER / STATEMENT DATE | AMOUNT DUE |
| | 620190856   12/24/2018 | **$1,814.28** |

**SERVICE ADDRESS:** 12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52
**NEXT READ DATE:** 01/25/19

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0759738802

### METER READING INFORMATION
**METER D2487142** — Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 21260 Actual | 21218 Estimate | 42 kWh |

### ELECTRICITY CHARGES — RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $3.24 |
| Non-Summer | 42 kWh | $0.054610 | $2.29 |
| Trans Cost Adj | 42 kWh | $0.001520 | $0.06 |
| Elec Commodity Adj | 42 kWh | $0.035810 | $1.50 |
| Demand Side Mgmt Cost | 42 kWh | $0.001980 | $0.08 |
| Purch Cap Cost Adj | 42 kWh | $0.004330 | $0.18 |
| CACJA | 42 kWh | $0.002870 | $0.12 |
| Res Savers Switch AC | | | - $40.00 CR |
| Renew. Energy Std Adj | | | $0.14 |
| GRSA | | | - $0.23 CR |
| **Subtotal** | | | **- $32.62 CR** |
| Franchise Fee | | 3.00% | $0.23 |
| **Total** | | | **- $32.39 CR** |

**SERVICE ADDRESS:** 12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52
**NEXT READ DATE:** 01/25/19

## NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0381005823

### METER READING INFORMATION
**METER A1489430** — Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 2719 Actual | 2712 Estimate | 7 ccf |






**Xcel** Energy®

| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **01/14/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 620190856 | 12/24/2018 | **$1,814.28** |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE | UNITS | CONVERSION | VALUE | UNITS |
|---|---|---|---|---|---|
| Therm Multiplier | 7 | ccf | x 0.917805 | **6** | **therms** |

### NATURAL GAS CHARGES          RATE: RG Residential

| DESCRIPTION | USAGE | UNITS | RATE | CHARGE |
|---|---|---|---|---|
| Service & Facility | | | | $6.69 |
| Usage Charge | 6 | therms | $0.084400 | $0.51 |
| Interstate Pipeline | 6 | therms | $0.065200 | $0.39 |
| Natural Gas 4 Qtr | 6 | therms | $0.230100 | $1.38 |
| DSMCA | | | | $0.39 |
| Pipe Sys Int Adj | 6 | therms | $0.038880 | $0.23 |
| GRSA | | | | $1.74 |
| **Subtotal** | | | | **$11.33** |
| Franchise Fee | | | 3.00% | $0.34 |
| **Total** | | | | **$11.67** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | | CHARGE |
|---|---|---|
| Deposit Due | Premise # 302106467 | $1,745.00 |
| Deposit Due | Premise # 302106467 | $82.00 |
| Transfr Responsibility | Premise # 302106467 | $8.00 |
| **Total** | | **$1,835.00** |



THANK YOU.

Thanks to Coloradoans like you supporting our investments in clean energy and energy efficiency programs, you've helped make our Colorado customers' average energy bills 29% lower than the national average. Learn more at **xcelenergy.com/ KeepingCostsLow.**

ALWAYS *delivering.*



CARBON-FREE BY 2050.

We believe the future is carbon free. That's why our plan is to provide zero-carbon electricity by 2050. Together, we believe we can make that plan a reality. Learn more at **xcelenergy.com/CleanEnergy.**

ALWAYS *delivering.*

011048 2/2

12/24/2018

53-0012482525-9

