## Water Consumption History

| Address | Meter | Service Type | Read Year | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12066 E LAKE CIR | 430753 | Water Residential | 2017 | | | | | | | | 8 | 6 | 9 | 9 | 8 | **40** |
| | | | 2018 | 11 | 8 | 8 | 7 | 8 | 8 | 1 | 3 | 1 | 0 | 0 | 0 | **55** |
| | | | 2019 | 150 | | | | | | | | | | | | **150** |

*Values represent water consumption in thousands of gallons.*

| Report generated on: | Sep 23, 2020 | 12:09:38 PM |

**EXHIBIT G**

SHELTER 0474

# AFFIDAVIT AND CERTIFICATION OF RECORDS CUSTODIAN

In response to the Subpoena to Produce Documents in *Skibo, Inc., v. Shelter Mutual Insurance Company*, Civil Action No. 19-CV-03526-WJM-NYW, dated September 14, 2020, the undersigned does hereby declare:

1. My name is Kathleen M. Legg.

2. I am over eighteen (18) years of age. I am the custodian of records of Denver Water, acting by and through its Board of Water Commissioners, the business named in the subpoena, or I am otherwise qualified as a result of my position with the business named above to make this certification.

3. I attest to the best of my knowledge, information, and belief that the records produced represent complete and accurate copies of all records identified in the subpoena or court order that are in actual or constructive control of the business. Attached to this affidavit are the requested records.

4. I hereby certify that the records attached to this affidavit:

   a. Were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

   b. Were kept in the course of a regularly conducted business activity;

   c. Were made by the regularly conducted activity as a regular practice; and

   d. Contain the following documents which are specifically described as:

      i. All non-privileged information concerning water usage at the property located at 12066 East Lake Circle from August 2017 through January 2019.

      ii. Denver Water does not keep records of "actual daily usage from September 2018 through January 2019 for the property." Denver

Water only has records showing monthly water consumption for this address.

I CERTIFY under penalty of perjury that the foregoing is true and correct.

_Kathleen M. Legg_

Kathleen M. Legg, Records Management Manager, Denver Water


STATE OF COLORADO        )
                          ) ss
CITY AND COUNTY OF DENVER )

The above and foregoing was subscribed and sworn to before me by Kathleen M. Legg this 13TH day of October 2020.

Witness my hand and official seal.

_Notary Public_

LORI JEAN FRASER
Notary Public
State of Colorado
Notary ID # 19974005914
My Commission Expires 08-22-2022

2

SHELTER 0476