

# Supplemental Report of Findings

Claim Number: AO2171676
Knott Laboratory Project No.: Monaghan.17167
12066 East Lake Circle
Greenwood Village, Colorado 80111

**Prepared for:**
Sean Monaghan
Shelter Insurance

**Prepared By:**
Eric Black, MS, PE, CFEI, CVFI
Senior Engineer
Knott Laboratory LLC
7185 S. Tucson Way.
Centennial, CO  80112

EXHIBIT H

Corporate Office:  7185 South Tucson Way ● Centennial, CO 80112-3987 ● p 303.925.1900 ● f 303.925.1901
Branch Offices: Colorado Springs, CO ● Fort Collins, CO ● Grand Junction, CO ● Oklahoma City, OK ● Houston, TX ● San Antonio, TX
www.knottlab.com

# Table of Contents

Purpose:........................................................................................................................... 3
Utility Records:................................................................................................................ 3
    Xcel Energy ................................................................................................................ 3
      Denver Water .......................................................................................................... 5
Freeze/Thaw Analysis and Timeline:............................................................................... 6
Water Loss Analysis:....................................................................................................... 8
Conclusion(s): ................................................................................................................. 9
Closure:......................................................................................................................... 10

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 3 of 10

Since the date of Knott Laboratory's (Knott's) March 8, 2019 report, laboratory testing was conducted on the collected section of ruptured copper piping, additional documents from Xcel Energy and Denver Water were supplied to Knott for review, and further background information regarding the water loss was disclosed to Knott via the insured's expert's report authored by Mr. Michael Higgins (Higgins & Associates) dated August 7, 2020. Knott was requested to review and analyze the new information collected/provided in regard to Knott's original conclusions made in the March 8, 2019 report. This supplemental report contains the findings and conclusions reached as a result of the additional information reviewed, and analysis performed, by Knott.

**Purpose:**
The purpose of this supplemental report was to review and comment on the additional utility records, summarize the additional analysis performed by Knott, and to address the additional background information discussed in the Higgins report.

**Utility Records:**
Electric, gas and water records for the subject address were provided from August 2017 to February 2019.  This timeframe includes utility records from two different tenants.  Mr. Armando Mikel Piedra started leasing the residence from SKIBO, INC./Ilia Gretsky and Lester Bogunovich, on September 6, 2018 with a possession date September 15, 2018. The utility records from August 2017 to September 2018 reflect the usage by a different party.

*Xcel Energy*
Review of the electric and gas records indicate there was consistent usage from August 2017 to September 15, 2018 (Mr. Piedra's earliest date of possession). From September 15, 2018 to December 3, 2018 there were no electric or gas usages recorded indicating there no electric or gas utility service was being supplied to the residence. With no electrical or gas being supplied to the residence during this timeframe it is impossible to maintain consistent heat with the natural fluctuations throughout the fall and beginning of winter season.

Xcel pay cycles roughly start and end on the 22nd of each month. For the purposes of comparison, the month which contains the 1st to the 22nd will be listed in the table as the month of usage. Comparing the previous tenant's gas usage during the fall months the year prior to the loss shows that 47 and 71 therms were used in October (bill cycle starting September 22, 2018) and November pay cycles, respectively.  The same heat transfer analysis used in Knott's original report dated March 8, 2019 was used to analyze the residence's heat for October and November of 2017 for the previous tenant. This analysis indicates an average interior temperature of 67°F and 65°F for the October and November billing cycles was maintained within the residence.  This analysis assumes the residence was only heated by natural gas and no electric heaters were used. Starting on December

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 4 of 10

3, 2018, Mr. Piedra began service with Xcel Energy and electrical and gas was again supplied to the residence. As discussed in Knott's original report, 6 therms of gas were used from December 3, 2018 to December 21, 2018 and 31 therms were used from December 22, 2018 to January 24, 2019. The previous tenant used 85 and 130 therms during these same respective pay cycles the year prior. Table 1 compares the previous tenant's gas usage and resulting interior temperature with Mr. Piedra's gas usage and resulting interior temperature from October through January.

**Table 1.** Gas usage and resulting interior temperature comparison between previous tenant and Mr. Piedra.

|  | Pay Cycle | October | November | December | January |
|---|---|---|---|---|---|
| Previous Tenant (2017-2018) | Therms used | 47 | 71 | 85 | 130 |
|  | Average Exterior Temp | 52.0°F | 43.6°F | 40.3°F | 31.54°F |
|  | Average Interior Temp | 67.1°F | 65.6°F | 66.4°F | 68.2°F |
| Mr. Piedra (2018-2019) | Therms used | 0 | 0 | 6 | 31* |
|  | Average Exterior Temp | 49.6°F | 40.7°F | 35.0°F | 30.2°F |
|  | Average Interior Temp | 46.6°F | 40.7°F | 37.3°F | 39.2°F* |

*Usage includes mitigation usage after loss was discovered.

In addition to the review of the Xcel utility records, Knott reviewed the idle usages of the water heater and furnace installed at the residence. The subject water heater is a Bradford White, Model No: MI5036FBN4 and Serial No: AM5594060 and the furnace is a Carrier Corporation, Model No: 58STA135-22 and Serial No: 3504A25952.

According to Bradford White, the water heater does use a pilot light. Research indicates a typical pilot light will use 750 to 1000 BTU/hour or approximately 3 to 6 therms per month. Based on the low temperatures experienced during this timeframe, it is likely that the water heater's burner would have to turn on to maintain heat in the water heater tank. Therefore, it is possible to for the water heater alone to use 6 therms of gas during the subject 18-day pay cycle in December 2018. However, in the case that the burner was not required, a 750 BTU/hr pilot light (average pilot light usage per research) would require approximately 3.2 therms over the 18-day cycle.

According to Carrier Corporation, the residence's furnace uses a hot surface igniter and only turns on when a demand for heat is called from the thermostat. Per the manufacturer spec sheet, the furnace input capacity is 132,000 BTU/hr or 1.3 therms per hour. Therefore, based on a 1.3 therm/hour usage, even if the water heater did not require the

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 5 of 10

burner to maintain heat in the tank, the furnace could only have run for approximately 2-3 hours during the 18-day billing cycle in December.

*Denver Water*
Similar to the Xcel Energy records, Denver Water reported no usage during October, November, and December of 2018 compared to the 8000-9000 gallons used monthly the year prior by the previous tenant. A large spike in water usage was recorded in January 2019 with over 150,000 gallons used up until January 16, 2019 when the loss was discovered.

Based on the Xcel Energy records, there was no means by which to heat the residence from the date of possession until December 3, 2018 when service was restarted. Following the service restart, the therms used were consistent with supplying the pilot light to the water heater and potentially igniting the furnace for 2 to 3 hours over the 18-day billing cycle in December 2018. There was not enough heat supplied to the residence to maintain the interior temperature above 40°F much less 60 to 65°F as indicated by Mr. Piedra in the Higgins report. In addition, with no gas or electric service supplied to the residence from September 15, 2018 to December 3, 2018 and the low usage thereafter, the Denver Water and Xcel utility records indicate that Mr. Piedra not only frequently traveled but appears to not have resided at the residence at all. The only indication of appliance usage are therms used to supply the pilot light for an 18-day period in December 2018 and potentially use of the furnace for a 2-3 hour period sometime in that billing cycle.

Per the Higgins report, Mr. Piedra's friend visited the residence on December 31, 2018 and also noted that it was not cold and did not adjust the thermostat. Therefore, it is safe to assume that the thermostat settings for the December 3 to 21, 2018 billing cycle were the same as those for the January billing cycle up until the discovery of the loss on January 16, 2019. This is a gas usage of approximately 0.4 therms per day up until when water started flowing between January 3 and 7, 2019 (see *Freeze/Thaw Analysis and Timeline* section below). The resulting water loss would likely put out the pilot light on or just after January 3, 2019 until January 16, 2019. The remaining 27 therms used during the January billing cycle were likely used during mitigation in the last week of the billing cycle which would have raised the interior temperature to roughly 62°F from January 17 to 24, 2019.

Based on the utility records, there was no evidence of residency from September 15, 2018 until service was restarted with Xcel on December 3, 2018. However, even following the restart of utility service, the gas and water usage indicates no persons lived in the residence from December 3, 2018 until the discovery of the loss on January 16, 2019. Therefore, the residence was vacant and there was no effort to maintain heat in the residence during Mr. Piedra's possession until the date of discovery.

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 6 of 10


**Freeze/Thaw Analysis and Timeline:**
Based on the average daily temperatures for the months of December 2018 and January 2019 and gas usage during this timeframe, Knott calculated the average interior temperature of the residence to drop below freezing from December 26, 2018 until January 3, 2019.  Knott reviewed hourly weather data for the area from December 25, 2018 to January 5, 2019 in order to calculate the thermal momentum and heat transfer into and out of the residence on an hourly basis. Once the interior temperatures were calculated per hour, a heat transfer analysis of the copper pipe was conducted on an hourly basis to determine the approximate date and time of freeze (rupture) and thaw (water loss start date/time).

Insulation in the attic space and walls as well as the construction materials themselves of the residence serve as a thermal resistance to the exterior temperature swings and slows the heat transfer process into (exterior warmer than the interior) and out of (interior warmer than the exterior) the residence. Interior temperature changes will lag behind exterior temperature changes to varying degrees depending on the amount of insulation in the residence.  The better insulated the residence, the longer the lag in heat transfer.  In order for the interior of the residence to raise in temperature, a certain amount of heat must be transferred into the residence. More specifically, the energy required to raise 1 pound of air by 1°F is 0.24 BTU. After calculating the mass of the air within the residence, approximately 695 BTU's are required to increase the interior temperature of the residence by 1°F.  Inversely, 695 BTU's must leave the residence to decrease the temperature by 1°F. Based on the area of the windows, wall and roof/ceiling from Knott's original report, the hourly temperature within the residence was calculated.

Similar to the thermal momentum of the air temperature within the residence, the water temperature within the copper pipe in the master bedroom is subject to fluctuations based on the ambient air temperature of the surrounding area.  Unlike air, water requires much more energy transfer to raise or lower the temperature of the water.  Approximately 1.0 BTU is required to raise 1 pound of water by 1°F (roughly 4 times that of air) and 0.5 BTU is required to raise 1 pound of ice by 1°F. Therefore, the ambient air around the pipe will need to be below freezing long enough to transfer enough heat out of the water to cause freezing. There were below freezing temperatures in the months prior to December; however, they were not cold enough long enough to allow for freezing of the water within the copper pipe. Once the temperature of the water is at freezing (32°F) there needs to be enough heat transferred from the water to overcome the latent heat required to cause a phase change from water to ice. This energy is 144 BTU per pound of water.  Based on the geometry of the copper piping, the mass of water which would need to become frozen to cause a pipe rupture was calculated and a temperature profile of the water line was calculated over the timeframe indicated above. **Figure 1** illustrates the water temperature within the copper pipe, interior temperature, and exterior temperature.



**Figure 1**. Freeze Thaw Timeline.

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 8 of 10

The interior temperature dropped below freezing intermittently up until December 31, 2018 where it remained until January 2, 2019. Even with prolonged subfreezing temperatures in the residence between December 25 and December 31, 2018, the temperature of the water within the pipe did not lose enough energy to overcome the latent heat needed to cause freezing until December 31, 2018.  It was possible that the pipe was frozen and ruptured the date Mr. Piedra's friend reportedly checked on the residence but that no water had begun to flow due to the ice blockage.

The pipe would remain frozen until the residence was able to heat sufficiently and add enough energy to the frozen pipe to once again overcome the latent heat necessary to melt the ice and allow water to flow. Based on the interior temperature fluctuations, the pipe would not fully thaw until January 7, 2019. This is the most conservative estimate of that timeline because it requires the full amount of ice within the pipe to thaw. In reality, only a slight thaw would be required to loosen the blockage enough to allow water to start flowing. Interior temperatures averaged above freezing starting the morning of January 3, 2019 until January 7, 2019.  Therefore, Knott concluded the water loss started sometime between January 3 and 7, 2019 (9 to 13 days prior to discovery).

**Water Loss Analysis:**
Knott tested the ruptured section of ¾-inch diameter copper pipe to determine flow rate out of the rupture orifice. As indicated in Higgins report, the section of pipe was tested over a range of pressures from 33.6 psi to 80.9 psi which resulted in flow rates between 4.0 and 4.8 gallons per minute (gpm) or 5,760 to 6,912 gallons per day, respectively. Based on the timeframe discussed above, the water loss started between January 3 and 7, 2019, 9 to 13 days prior to the discovery.  Therefore, the rupture in the vanity water line would expel between 51,840 to 62,208 gallons (range for 9-day loss) up to 74,880 to 89,856 gallons (range for 13-day loss) into the residence.

The Higgins report indicates there was a broken shower valve in the master bathroom that was "…also due to a possible freeze failure…".  No discussions of a shower valve were brought to Knott's attention during the original inspection; however, another water source likely accounts for the additional 60,000 to 99,000 gallons of water recorded to have been used during the billing cycle.  A water loss which occurred at the shower valve would likely drain down the shower's drain and not cause additional water damage to the residence

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 9 of 10

**Conclusion(s):**
Based upon Knott Laboratory's inspection, the available information, and these engineers' education, training, and experience, the following conclusions have been reached within a reasonable degree of engineering certainty:

Knott Laboratory's original conclusion in the March 8, 2019 report is unchanged.

- The water loss was caused by a frozen pipe failure due to a lack of heat being maintained in the residence.

Based on new information and analysis the following conclusions have also been made.

- There was no electrical or gas utility supplied to the residence from September 15, 2019 until December 3, 2019. Following December 3, 2019 until the date of discovery there was only enough heat supplied to the residence to maintain a pilot light on the water heater and to potentially heat the residence via furnace for 2-3 hours during the 18-day period.
- The residence was vacant and there was no effort to maintain heat in the residence from September 15, 2018 to January 16, 2019.
- The freeze occurred on or about December 31, 2018 and the resulting water loss starting between January 3 and 7, 2019 (9 to 13 days prior to the discovery of the loss).

Sean Monaghan
17167.Monaghan
October 28, 2020
Page 10 of 10

**Closure:**

The opinions and findings expressed in this report are based upon the information available to these writers as of the date of this report and are the result of limited non-destructive visual inspections of the exposed building components.  As such, Knott Laboratory reserves the right to modify the conclusions contained herein upon receipt or discovery of additional information.  Due to the limited access and the non-destructive nature of the investigation, Knott Laboratory cannot be held responsible for any hidden defects that may negatively impact the performance of the structure.  This report is intended to provide an overview of the existing conditions and should not be used as an indicator of future performance; no expressed or implied warranties or guarantees of any kind are given.

Respectfully submitted,

KNOTT LABORATORY, LLC


_____              _____
Eric Black, MS, PE, CFEI, CVFI          Henry V. Mowry, P.E., CFEI
Senior Engineer                          Mechanical Engineer

*[Colorado Licensed Professional Engineer seal: Eric Alexander Black, 56222, 10/28/2020]*