

PUBLIC SERVICE COMPANY OF COLORADO

Page 1 of 4

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **03/18/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 628124418 | 02/27/2019 | **$2,007.10** |

**Your Account is Overdue - Please Pay Immediately**

## YOUR MONTHLY ELECTRICITY USAGE



F M A M J J A S O N D J F

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 30° F |
| Electricity kWh | 0.0 | 44.3 |
| Electricity Cost | $0.00 | $4.76 |

## YOUR MONTHLY NATURAL GAS USAGE



F M A M J J A S O N D J F

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 30° F |
| Gas Therms | 0.0 | 0.8 |
| Gas Cost | $0.00 | $0.95 |

## QUESTIONS ABOUT YOUR BILL?

See our website:  xcelenergy.com

Email us at:  Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

| Please Call: | 1-800-895-4999 |
|---|---|
| Hearing Impaired: | 1-800-895-4949 |
| Español: | 1-800-687-8778 |
| Or write us at: | XCEL ENERGY<br>PO BOX 8<br>EAU CLAIRE WI 54702-0008 |

 Like us on Facebook    Follow us on Twitter 



Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of your payment stub and CHECK THE RED BOX under your address below.

```
------ manifest line ---------
ılıllıllıllllllllllllllllllllll
ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253
```

## SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 01/24/19 - 02/25/19 | 1416 kWh | $152.39 |
| Natural Gas Service | 01/24/19 - 02/25/19 | 27 therms | $30.47 |
| Non-Recurring Charges / Credits | | | $0.69 |
| **Current Charges** | | | **$183.55** |

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 01/24 | $1,823.55 |
| No Payments Received | | $0.00 |
| Balance Forward | | **$1,823.55** |
| Current Charges | | $183.55 |
| **Amount Due** | | **$2,007.10** |

## INFORMATION ABOUT YOUR BILL

Just a reminder about the past due amount on your account. If you have already sent your payment, thank you. Otherwise, please call 1-800-895-4999 to confirm the status of your account.

028802 1/2

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 03/18/2019 | **$2,007.10** | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

| MARCH | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | **18** | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

11

```
ıllıllıllllllllllllllllllll
XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477
```

**EXHIBIT I**

32 53031819 00124825259 0000001835500000200710



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **03/18/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 628124418 | 02/27/2019 | **$2,007.10** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 03/27/19

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0769338188



| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER D2487142** | Read Dates: 01/24/19 - 02/25/19 (32 Days) | | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 22987 Actual | 21571 Actual | 1416 kWh |

| ELECTRICITY CHARGES | | RATE: R Residential General | |
|---|---|---|---|
| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
| Service & Facility | | | $5.41 |
| Non-Summer | 1416 kWh | $0.054610 | $77.33 |
| Trans Cost Adj | 1416 kWh | $0.002030 | $2.87 |
| Elec Commodity Adj | 1416 kWh | $0.035830 | $50.74 |
| Demand Side Mgmt Cost | 1416 kWh | $0.001590 | $2.25 |
| Purch Cap Cost Adj | 1416 kWh | $0.004010 | $5.68 |
| CACJA | 1416 kWh | $0.003010 | $4.26 |
| Renew. Energy Std Adj | | | $2.92 |
| GRSA | | | - $3.51 **CR** |
| **Subtotal** | | | **$147.95** |
| Franchise Fee | | 3.00% | $4.44 |
| **Total** | | | **$152.39** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 03/27/19

## NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0385416215



| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER A1489430** | Read Dates: 01/24/19 - 02/25/19 (32 Days) | | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 2781 Estimate | 2752 Actual | 29 ccf |



## Stay warm this winter with heating rebates.

Bundle up this winter with a limited-time $600 rebate on 95% efficient furnaces. Act before March 31, 2019.

Go to **xcelenergy.com/StayWarm** for more info.

## Together we power stability.

ENERGY OUTREACH COLORADO

Energy Outreach Colorado is a nonprofit partnering with Xcel Energy to provide energy bill payment assistance and energy efficiency upgrades for affordable housing and nonprofit facilities. We need your help today!

**CHECK THE RED BOX** on the front-left side of this payment stub AND select a tax-deductible contribution below.

**Monthly donation:**

$20_____  $10_____  $5_____  Other_____

Or, visit the Energy Outreach Colorado website at **www.energyoutreach.org** to make a one-time donation.



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **03/18/2019** |
| | STATEMENT NUMBER / STATEMENT DATE | AMOUNT DUE |
| | 628124418 / 02/27/2019 | **$2,007.10** |

**NATURAL GAS ADJUSTMENTS**

| DESCRIPTION | VALUE UNITS | CONVERSION | VALUE UNITS |
|---|---|---|---|
| Therm Multiplier | 29 ccf | x 0.939573 | **27** therms |

**NATURAL GAS CHARGES**            **RATE: RG Residential**

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $11.15 |
| Usage Charge | 27 therms | $0.084400 | $2.28 |
| Interstate Pipeline | 27 therms | $0.065200 | $1.76 |
| Natural Gas 1 Qtr | 27 therms | $0.341600 | $9.22 |
| DSMCA | | | $0.71 |
| Pipe Sys Int Adj | 27 therms | $0.045280 | $1.22 |
| GRSA | | | $3.25 |
| **Subtotal** | | | **$29.59** |
| Franchise Fee | | 3.00% | $0.88 |
| **Total** | | | **$30.47** |

**NON-RECURRING CHARGES / CREDITS DETAILS**

| DESCRIPTION | CHARGE |
|---|---|
| Late Charge Assessed | $0.69 |
| **Total** | **$0.69** |

**INFORMATION ABOUT YOUR BILL**

This bill reflects an estimate. Actual charges will be billed once a meter reading is established. If you feel this estimate is above or below your average billing, please contact us at 1-800-895-4999.

028802 2/2



**Start the new year with a HomeSmart Appliance Repair Plan.**

Enjoy peace of mind by keeping your appliances protected all year long starting at just $19.95 per month.

Appreciate the benefits of:

- Monthly payments conveniently added to your Xcel Energy bill
- No additional charge for parts, labor or trip fees for covered repairs

**HOMESMART** from **Xcel Energy**

Sign up today by calling **866.837.9762** or visiting **xcelenergy.com/HomeSmart** and use promo code **FEBBILL** and get one month free.

02/27/2019



**Enroll in Auto Pay — no late fees and no worries.**

Enjoy the benefits of automatic payment withdrawal from your checking account. Your payment will automatically post to your Xcel Energy account on your due date.

To enroll, fill out the information below, cut off this form, and include it along with your check and bill stub in the remittance envelope. Money orders do not qualify. Watch for **Automated Bank Payment** to appear on your billing statement to ensure your enrollment is in effect.

Authorized signature
Signature above must match name on the bank account

Xcel Energy account number
See page 1 of bill statement

Date

I authorize Xcel Energy to initiate transfers from the bank account indicated on the enclosed check to make monthly payments on my Xcel Energy account on my due date. This authority will remain in effect until I notify Xcel Energy, or Xcel Energy notifies me, of the need to cancel the enrollment. I understand that a new authorization is required if I change my bank account. I have kept a record of this authorization.

53-0012482525-9

To enroll in Auto Pay online, visit **xcelenergy.com/PayBill**. For more information call **800.895.4999**.



PUBLIC SERVICE COMPANY OF COLORADO

Page 1 of 4

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **02/13/2019** |
| | STATEMENT NUMBER   STATEMENT DATE | AMOUNT DUE |
| | 624092220        01/25/2019 | **$1,823.55** |

**Your Account is Overdue - Please Pay Immediately**

## YOUR MONTHLY ELECTRICITY USAGE



J F M A M J J A S O N D J

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 34° F |
| Electricity kWh | 0.0 | 9.1 |
| Electricity Cost | $0.00 | $1.11 |

## YOUR MONTHLY NATURAL GAS USAGE



J F M A M J J A S O N D J

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 33° F | 34° F |
| Gas Therms | 0.0 | 0.9 |
| Gas Cost | $0.00 | $0.93 |

## QUESTIONS ABOUT YOUR BILL?

See our website:  xcelenergy.com

Email us at:      Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

| Please Call: | 1-800-895-4999 |
|---|---|
| Hearing Impaired: | 1-800-895-4949 |
| Español: | 1-800-687-8778 |
| Or write us at: | XCEL ENERGY<br>PO BOX 8<br>EAU CLAIRE WI 54702-0008 |

 Like us on Facebook   Follow us on Twitter  



Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of this bill stub and CHECK THE RED BOX under your address below.

------ manifest line ---------

ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

### SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 12/21/18 - 01/24/19 | 311 kWh | $37.74 |
| Natural Gas Service | 12/21/18 - 01/24/19 | 31 therms | $31.54 |
| Non-Recurring Charges / Credits | | | -$0.01 **CR** |
| **Current Charges** | | | **$69.27** |

### ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 12/21 | $1,814.28 |
| Payment Received | Pay Station 01/18 | -$60.00 **CR** |
| Balance Forward | | **$1,754.28** |
| Current Charges | | $69.27 |
| **Amount Due** | | **$1,823.55** |

### INFORMATION ABOUT YOUR BILL

Just a reminder about the past due amount on your account.  If you have already sent your payment, thank you.  Otherwise, please call 1-800-895-4999 to confirm the status of your account.

Thank you for your payment.

Your account has been credited for the interest earned to date on your deposit.

020950 1/2

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 02/13/2019 | **$1,823.55** | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

| FEBRUARY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | **13** | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53021319 00124825259 000000069270000182355



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **02/13/2019** |
| | **STATEMENT NUMBER** / **STATEMENT DATE** | **AMOUNT DUE** |
| | 624092220 / 01/25/2019 | **$1,823.55** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 02/26/19

### ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0764462132

| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER D2487142** | | Read Dates: 12/21/18 - 01/24/19 (34 Days) | |
| **DESCRIPTION** | **CURRENT READING** | **PREVIOUS READING** | **USAGE** |
| Total Energy | 21571 Actual | 21260 Actual | 311 kWh |

### ELECTRICITY CHARGES — RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.41 |
| Non-Summer | 311 kWh | $0.054610 | $16.98 |
| Trans Cost Adj | 91.47 kWh | $0.001520 | $0.14 |
| Trans Cost Adj | 219.53 kWh | $0.002030 | $0.45 |
| Elec Commodity Adj | 91.47 kWh | $0.035810 | $3.28 |
| Elec Commodity Adj | 219.53 kWh | $0.035830 | $7.87 |
| Demand Side Mgmt Cost | 91.47 kWh | $0.001980 | $0.18 |
| Demand Side Mgmt Cost | 219.53 kWh | $0.001590 | $0.35 |
| Purch Cap Cost Adj | 91.47 kWh | $0.004330 | $0.40 |
| Purch Cap Cost Adj | 219.53 kWh | $0.004010 | $0.88 |
| CACJA | 91.47 kWh | $0.002870 | $0.26 |
| CACJA | 219.53 kWh | $0.003010 | $0.66 |
| Renew. Energy Std Adj | | | $0.73 |
| GRSA | | | - $0.95 **CR** |
| **Subtotal** | | | **$36.64** |
| Franchise Fee | | 3.00% | $1.10 |
| **Total** | | | **$37.74** |





**New pricing for Home Energy Squad.**

Start the New Year with a visit from Home Energy Squad. Our technicians will install $200 worth of services and equipment in just two hours for only $50.* The cost includes:

- Switching out traditional, incandescent bulbs for LEDs
- Installing a programmable thermostat
- Replacing showerheads with energy-efficient models and more

*The $50 trip charge includes installation, labor and materials for the basic services outlined above. Additional quantities of weather stripping and thermostats can be purchased a la carte. Available only to Colorado Xcel Energy combination electric and natural gas residential customers, or electric only customers. Depending on the availability of our Squad, please allow up to 10 days to schedule your visit. For eligibility and service details, visit xcelenergy.com/HomeEnergySquad.

To schedule your visit, call **303.446.7910** or visit **xcelenergy.com/HomeEnergySquad**.



**Together we power stability.**

Energy Outreach Colorado is a nonprofit partnering with Xcel Energy to provide energy bill payment assistance and energy efficiency upgrades for affordable housing and nonprofit facilities. We need your help today!



**CHECK THE RED BOX** on the front-left side of this payment stub AND select a tax-deductible contribution below.

**Monthly donation:**

$20____   $10____   $5____   Other_____

Or, visit the Energy Outreach Colorado website at **www.energyoutreach.org** to make a one-time donation.

**Xcel** *Energy*®

| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **02/13/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 624092220 | 01/25/2019 | **$1,823.55** |

SERVICE ADDRESS:   **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
NEXT READ DATE:   02/26/19

## NATURAL GAS SERVICE DETAILS

PREMISES NUMBER:   302106467
INVOICE NUMBER:   0383165834

| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER A1489430** | | Read Dates: 12/21/18 - 01/24/19 (34 Days) | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 2752 Actual | 2719 Actual | 33 ccf |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE | UNITS | CONVERSION | VALUE | UNITS |
|---|---|---|---|---|---|
| Therm Multiplier | 33 | ccf | x 0.929739 | **31** | **therms** |

### NATURAL GAS CHARGES     RATE: RG Residential

| DESCRIPTION | USAGE | UNITS | RATE | CHARGE |
|---|---|---|---|---|
| Service & Facility | | | | $11.15 |
| Usage Charge | 31 | therms | $0.084400 | $2.62 |
| Interstate Pipeline | 31 | therms | $0.065200 | $2.02 |
| Natural Gas 4 Qtr | 10.38 | therms | $0.230100 | $2.39 |
| Natural Gas 1 Qtr | 20.62 | therms | $0.341600 | $7.04 |
| DSMCA | | | | $0.74 |
| Pipe Sys Int Adj | 10.38 | therms | $0.038880 | $0.40 |
| Pipe Sys Int Adj | 20.62 | therms | $0.045280 | $0.93 |
| GRSA | | | | $3.33 |
| **Subtotal** | | | | **$30.62** |
| Franchise Fee | | | 3.00% | $0.92 |
| **Total** | | | | **$31.54** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | CHARGE |
|---|---|
| Interest on deposit to 01/01/2019 | - $0.01 **CR** |
| **Total** | **- $0.01 CR** |

## THANK YOU.

Thanks to Coloradoans like you supporting our investments in clean energy and energy efficiency programs, you've helped make our Colorado customers' average energy bills 29% lower than the national average. Learn more at **xcelenergy.com/ KeepingCostsLow**.



ALWAYS *delivering.*

020890 2/2

## CARBON-FREE BY 2050.

We believe the future is carbon free. That's why our plan is to provide zero-carbon electricity by 2050. Together, we believe we can make that plan a reality. Learn more at **xcelenergy.com/CleanEnergy**.



ALWAYS *delivering.*

01/25/2019

53-0012482525-9

Page 1 of 4



PUBLIC SERVICE COMPANY OF COLORADO

RESPONSIBLE BY NATURE®

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | 01/14/2019 |

| STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
|---|---|---|
| 620190856 | 12/24/2018 | $1,814.28 |

## YOUR MONTHLY ELECTRICITY USAGE



D J F M A M J J A S O N D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Electricity kWh | 0.0 | 1.4 |
| Electricity Cost | $0.00 | - $0.79 |

## YOUR MONTHLY NATURAL GAS USAGE



D J F M A M J J A S O N D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Gas Therms | 0.0 | 0.2 |
| Gas Cost | $0.00 | $0.38 |

## QUESTIONS ABOUT YOUR BILL?

See our website:  xcelenergy.com

Email us at:        Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

Please Call:          1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español:              1-800-687-8778

Or write us at:     XCEL ENERGY
                    PO BOX 8
                    EAU CLAIRE WI 54702-0008

 Like us on Facebook    Follow us on Twitter   

## SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 12/03/18 - 12/21/18 | 42 kWh | -$32.39 CR |
| Natural Gas Service | 12/03/18 - 12/21/18 | 6 therms | $11.67 |
| Non-Recurring Charges / Credits | | | $1,835.00 |
| **Current Charges** | | | **$1,814.28** |

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 12/03 | $0.00 |
| No Payments Received | | $0.00 |
| Balance Forward | | **$0.00** |
| Current Charges | | $1,814.28 |
| **Amount Due** | | **$1,814.28** |

020949 1/2

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**



Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of this payment stub and CHECK THE RED BOX under your address below.

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 01/14/2019 | $1,814.28 | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

| JANUARY | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

------ manifest line ---------

ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53011419 00124825259 00000181428000000181428

11



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **01/14/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 620190856 | 12/24/2018 | **$1,814.28** |



**SERVICE ADDRESS:**  12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52
**NEXT READ DATE:**  01/25/19

### ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:**  302106467
**INVOICE NUMBER:**  0759738802

**METER READING INFORMATION**
**METER D2487142**                               Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 21260  Actual | 21218  Estimate | 42 kWh |

### ELECTRICITY CHARGES                          RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $3.24 |
| Non-Summer | 42  kWh | $0.054610 | $2.29 |
| Trans Cost Adj | 42  kWh | $0.001520 | $0.06 |
| Elec Commodity Adj | 42  kWh | $0.035810 | $1.50 |
| Demand Side Mgmt Cost | 42  kWh | $0.001980 | $0.08 |
| Purch Cap Cost Adj | 42  kWh | $0.004330 | $0.18 |
| CACJA | 42  kWh | $0.002870 | $0.12 |
| Res Savers Switch AC | | | - $40.00  CR |
| Renew. Energy Std Adj | | | $0.14 |
| GRSA | | | - $0.23  CR |
| **Subtotal** | | | **- $32.62  CR** |
| Franchise Fee | | 3.00% | $0.23 |
| **Total** | | | **- $32.39  CR** |

**SERVICE ADDRESS:**  12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52
**NEXT READ DATE:**  01/25/19

### NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:**  302106467
**INVOICE NUMBER:**  0381005823



**METER READING INFORMATION**
**METER A1489430**                               Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 2719  Actual | 2712  Estimate | 7 ccf |



## New pricing for Home Energy Squad.®

Start the New Year with a visit from Home Energy Squad. Our technicians will install $200 worth of services and equipment in just two hours for only $50.* The cost includes:

- Switching out traditional, incandescent bulbs for LEDs
- Installing a programmable thermostat
- Replacing showerheads with energy-efficient models and more

*The $50 trip charge includes installation, labor and materials for the basic services outlined above. Additional quantities of weather stripping and thermostats can be purchased a la carte. Available only to Colorado Xcel Energy combination electric and natural gas residential customers, or electric only customers. Depending on the availability of our Squad, please allow up to 10 days to schedule your visit. For eligibility and service details, visit xcelenergy.com/HomeEnergySquad.

To schedule your visit, call **303.446.7910** or visit **xcelenergy.com/ HomeEnergySquad.**



## Together we power stability.

Energy Outreach Colorado is a nonprofit partnering with Xcel Energy to provide energy bill payment assistance and energy efficiency upgrades for affordable housing and nonprofit facilities. We need your help today!

**CHECK THE RED BOX** on the front-left side of this payment stub AND select a tax-deductible contribution below.

**Monthly donation:**

$20_____   $10_____   $5_____   Other_____

Or, visit the Energy Outreach Colorado website at **www.energyoutreach.org** to make a one-time donation.



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **01/14/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 620190856 | 12/24/2018 | **$1,814.28** |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE | UNITS | CONVERSION | VALUE | UNITS |
|---|---|---|---|---|---|
| Therm Multiplier | 7 | ccf | x 0.917805 | **6** | therms |

### NATURAL GAS CHARGES — RATE: RG Residential

| DESCRIPTION | USAGE | UNITS | RATE | CHARGE |
|---|---|---|---|---|
| Service & Facility | | | | $6.69 |
| Usage Charge | 6 | therms | $0.084400 | $0.51 |
| Interstate Pipeline | 6 | therms | $0.065200 | $0.39 |
| Natural Gas 4 Qtr | 6 | therms | $0.230100 | $1.38 |
| DSMCA | | | | $0.39 |
| Pipe Sys Int Adj | 6 | therms | $0.038880 | $0.23 |
| GRSA | | | | $1.74 |
| **Subtotal** | | | | **$11.33** |
| Franchise Fee | | | 3.00% | $0.34 |
| **Total** | | | | **$11.67** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | | CHARGE |
|---|---|---|
| Deposit Due | Premise # 302106467 | $1,745.00 |
| Deposit Due | Premise # 302106467 | $82.00 |
| Transfr Responsibility | Premise # 302106467 | $8.00 |
| **Total** | | **$1,835.00** |



## THANK YOU.

Thanks to Coloradoans like you supporting our investments in clean energy and energy efficiency programs, you've helped make our Colorado customers' average energy bills 29% lower than the national average. Learn more at **xcelenergy.com/ KeepingCostsLow**.

ALWAYS *delivering.*



## CARBON-FREE BY 2050.

We believe the future is carbon free. That's why our plan is to provide zero-carbon electricity by 2050. Together, we believe we can make that plan a reality. Learn more at **xcelenergy.com/CleanEnergy**.

ALWAYS *delivering.*

020949 2/2

12/24/2018

53-0012482525-9

PUBLIC SERVICE COMPANY OF COLORADO



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | **01/14/2019** |
| | STATEMENT NUMBER   STATEMENT DATE | AMOUNT DUE |
| | 620190856   12/24/2018 | **$1,814.28** |

## YOUR MONTHLY ELECTRICITY USAGE

D  J  F  M  A  M  J  J  A  S  O  N  D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Electricity kWh | 0.0 | 1.4 |
| Electricity Cost | $0.00 | - $0.79 |

## YOUR MONTHLY NATURAL GAS USAGE



D  J  F  M  A  M  J  J  A  S  O  N  D

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 44° F | 39° F |
| Gas Therms | 0.0 | 0.2 |
| Gas Cost | $0.00 | $0.38 |

## QUESTIONS ABOUT YOUR BILL?

See our website:   xcelenergy.com

Email us at:   Customerservice@xcelenergy.com

Call Mon - Fri 7 a.m.-7 p.m. or Sat 9 a.m.-5 p.m.

Please Call:   1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español:   1-800-687-8778

Or write us at:   XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702-0008

## SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 12/03/18 - 12/21/18 | 42 kWh | -$32.39 CR |
| Natural Gas Service | 12/03/18 - 12/21/18 | 6 therms | $11.67 |
| Non-Recurring Charges / Credits | | | $1,835.00 |
| **Current Charges** | | | **$1,814.28** |

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 12/03 | $0.00 |
| No Payments Received | | $0.00 |
| Balance Forward | | **$0.00** |
| Current Charges | | $1,814.28 |
| **Amount Due** | | **$1,814.28** |

003087 1/3

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**



Please help our neighbors in need by donating to Energy Outreach Colorado. Please mark your donation amount on the back of your payment stub and CHECK THE RED BOX under your address below.

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0012482525-9 | 01/14/2019 | **$1,814.28** | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

### JANUARY

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

11

------ manifest line ---------

  

ARMANDO MICHEL PIEDRA
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53011419 00124825259 0000018142800000181428



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **01/14/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 620190856 | 12/24/2018 | **$1,814.28** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 01/25/19

### ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0759738802



**METER READING INFORMATION**

**METER D2487142**                          Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 21260 Actual | 21218 Estimate | 42 kWh |

| ELECTRICITY CHARGES | | RATE: R Residential General | |
|---|---|---|---|
| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
| Service & Facility | | | $3.24 |
| Non-Summer | 42 kWh | $0.054610 | $2.29 |
| Trans Cost Adj | 42 kWh | $0.001520 | $0.06 |
| Elec Commodity Adj | 42 kWh | $0.035810 | $1.50 |
| Demand Side Mgmt Cost | 42 kWh | $0.001980 | $0.08 |
| Purch Cap Cost Adj | 42 kWh | $0.004330 | $0.18 |
| CACJA | 42 kWh | $0.002870 | $0.12 |
| Res Savers Switch AC | | | - $40.00 CR |
| Renew. Energy Std Adj | | | $0.14 |
| GRSA | | | - $0.23 CR |
| **Subtotal** | | | **- $32.62 CR** |
| Franchise Fee | | 3.00% | $0.23 |
| **Total** | | | **- $32.39 CR** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 01/25/19

### NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0381005823



**METER READING INFORMATION**

**METER A1489430**                          Read Dates: 12/03/18 - 12/21/18 (18 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 2719 Actual | 2712 Estimate | 7 ccf |



**Together we power stability.**

Energy Outreach Colorado is a nonprofit partnering with Xcel Energy to provide energy bill payment assistance and energy efficiency upgrades for affordable housing and nonprofit facilities. We need your help today!

**ENERGY OUTREACH COLORADO**

**CHECK THE RED BOX** on the front-left side of this payment stub AND select a tax-deductible contribution below.

**Monthly donation:**

$20_____   $10_____   $5_____   Other_____

Or, visit the Energy Outreach Colorado website at **www.energyoutreach.org** to make a one-time donation.



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| ARMANDO MICHEL PIEDRA<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0012482525-9 | | **01/14/2019** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 620190856 | 12/24/2018 | **$1,814.28** |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE UNITS | CONVERSION | VALUE UNITS |
|---|---|---|---|
| Therm Multiplier | 7 ccf | x 0.917805 | **6** therms |

### NATURAL GAS CHARGES          RATE: RG Residential

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $6.69 |
| Usage Charge | 6 therms | $0.084400 | $0.51 |
| Interstate Pipeline | 6 therms | $0.065200 | $0.39 |
| Natural Gas 4 Qtr | 6 therms | $0.230100 | $1.38 |
| DSMCA | | | $0.39 |
| Pipe Sys Int Adj | 6 therms | $0.038880 | $0.23 |
| GRSA | | | $1.74 |
| **Subtotal** | | | **$11.33** |
| Franchise Fee | | 3.00% | $0.34 |
| **Total** | | | **$11.67** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | | CHARGE |
|---|---|---|
| Deposit Due | Premise # 302106467 | $1,745.00 |
| Deposit Due | Premise # 302106467 | $82.00 |
| Transfr Responsibility | Premise # 302106467 | $8.00 |
| **Total** | | **$1,835.00** |

003087 2/3

## SAFETY IS A POWERFUL RESPONSIBILITY.

When millions of people rely on you for their energy, you hold a lot of power in your hands. Including the power to protect. That's why we trust a team of nearly 3,000 utility professionals to deliver energy right to your door, safely.

For ways YOU can stay safe around your home, visit **xcelenergy.com/Safety**.



ALWAYS *delivering.*



## KEEP AN EYE OUT FOR SCAMS AND SHADY CALLS.

If someone calls threatening to turn off your power if you don't pay your bill immediately, hang up and call us. We'll tell you what you owe and when. Never give out your bank information.

Call us if you suspect a scam at **800.895.4999**.

ALWAYS *delivering.*

12/24/2018

53-0012482525-9

PUBLIC SERVICE COMPANY OF COLORADO

Page 1 of 8



**Xcel** Energy®

RESPONSIBLE BY NATURE®

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | **12/13/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 570739380 | 11/24/2017 | **$1,998.17** |

**Your Account is Overdue - Please Pay Immediately**

### YOUR MONTHLY ELECTRICITY USAGE



N D J F M A M J J A S O N

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 55° F | 46° F |
| Electricity kWh | 161.1 | 365.9 |
| Electricity Cost | $16.76 | $37.75 |

### YOUR MONTHLY NATURAL GAS USAGE

N D J F M A M J J A S O N

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 55° F | 46° F |
| Gas Therms | 1.7 | 2.2 |
| Gas Cost | $1.31 | $1.56 |

### SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 10/20/17 - 11/21/17 | 11709 kWh | $1,208.11 |
| Natural Gas Service | 10/20/17 - 11/21/17 | 71 therms | $49.98 |
| Non-Recurring Charges / Credits | | | $7.72 |
| **Current Charges** | | | **$1,265.81** |

### ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 10/20 | $2,164.98 |
| Payment Received | Pay Station 10/31 | -$1,432.62 CR |
| Balance Forward | | **$732.36** |
| Current Charges | | $1,265.81 |
| **Amount Due** | | **$1,998.17** |

### INFORMATION ABOUT YOUR BILL

Just a reminder about the past due amount on your account. If you have already sent your payment, thank you. Otherwise, please call 1-800-895-4999 to confirm the status of your account.

Thank you for your payment.

### QUESTIONS ABOUT YOUR BILL?

See our website: xcelenergy.com

Email us at: Customerservice@xcelenergy.com

Call 24 hours a day, 7 days a week

| | |
|---|---|
| Please Call: | 1-800-895-4999 |
| Hearing Impaired: | 1-800-895-4949 |
| Español: | 1-800-687-8778 |

Or write us at: XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702-0008

Like us on Facebook

Follow us on Twitter

000543 1/4

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**

**Xcel** Energy®

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0010772130-5 | 12/13/2017 | **$1,998.17** | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

1 11

| DECEMBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

------ manifest line ---------

 



STEVEN HERNANDEZ
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53121317 00107721305 0000012658100000199817



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | | **12/13/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 570739380 | 11/24/2017 | **$1,998.17** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 12/22/17

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0699572370

### METER READING INFORMATION
**METER D2487142**          Read Dates: 10/20/17 - 11/21/17 (32 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 39079 Actual | 27370 Actual | 11709 kWh |

### ELECTRICITY CHARGES          RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.39 |
| Non-Summer | 11709 kWh | $0.054610 | $639.43 |
| Trans Cost Adj | 11709 kWh | $0.001090 | $12.76 |
| Elec Commodity Adj | 11709 kWh | $0.030790 | $360.52 |
| Demand Side Mgmt Cost | 11709 kWh | $0.001510 | $17.68 |
| Purch Cap Cost Adj | 11709 kWh | $0.004650 | $54.45 |
| CACJA | 11709 kWh | $0.005030 | $58.90 |
| Renew. Energy Std Adj | | | $23.01 |
| GRSA | | | $0.78 |
| **Subtotal** | | | **$1,172.92** |
| Franchise Fee | | 3.00% | $35.19 |
| **Total** | | | **$1,208.11** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 12/22/17

## NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0352762560

### METER READING INFORMATION
**METER A1489430**          Read Dates: 10/20/17 - 11/21/17 (32 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 2075 Actual | 1995 Actual | 80 ccf |



   

**One call to repair them all.**

**HomeSmart from Xcel Energy®** is your one-stop appliance repair and service company able to cover almost all home appliances with just one phone call.

• **FREE** furnace or AC tune-up in Year 1 ($135 value)
• Add a 5th appliance **FREE** in Year 1 ($59.88 value)
• 3 months of appliance repair plan **FREE!** (That's a 25% discount)
• NATE-certified, security-cleared experts
• No parts, labor or trip fees*

**HOMESMART** *from* Xcel Energy®

Peace of mind, reliability, and savings all starting at $18.99/month. Sign up online at **HomeSmartColorado.com** or call 866.837.9762. Offer code: **XS1017**

* Terms and conditions apply. Visit homesmartcolorado.com for details. Offer expires 6/30/18.



## KEEP AN EYE OUT FOR SCAMS AND SHADY PHONE CALLS.

If someone calls threatening to turn off your power due to an unpaid balance, and asks you to pay with a prepaid or reloadable card, hang up the phone immediately. And if someone comes by claiming to be us, be sure to ask for identification. Call us anytime at **800.895.4999**.

ALWAYS *delivering.*

**Xcel** Energy®

| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | | **12/13/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 570739380 | 11/24/2017 | **$1,998.17** |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE | UNITS | CONVERSION | VALUE | UNITS |
|---|---|---|---|---|---|
| Therm Multiplier | 80 | ccf | x 0.891293 | **71** | **therms** |

### NATURAL GAS CHARGES          RATE: RG Residential

| DESCRIPTION | USAGE | UNITS | RATE | CHARGE |
|---|---|---|---|---|
| Service & Facility | | | | $13.56 |
| Usage Charge | 71 | therms | $0.102535 | $7.28 |
| Interstate Pipeline | 71 | therms | $0.066530 | $4.72 |
| Natural Gas 4 Qtr | 71 | therms | $0.289840 | $20.58 |
| Pipe Sys Int Adj | 71 | therms | $0.033550 | $2.38 |
| **Subtotal** | | | | **$48.52** |
| Franchise Fee | | | 3.00% | $1.46 |
| **Total** | | | | **$49.98** |

### NON-RECURRING CHARGES / CREDITS DETAILS

| DESCRIPTION | CHARGE |
|---|---|
| Late Charge Assessed | $7.72 |
| **Total** | **$7.72** |



# BUILDING A FOUNDATION STARTS WITH BUILDINGS AND FOUNDATIONS.

We know a strong community needs to be built from the ground up. We work with nonprofit organizations, and invest in areas like STEM education and environmental stewardship to create communities that have the power to make themselves better.

Learn more, visit **xcelenergy.com/CorporateResponsibility**.



# WE MIX SO YOU CAN MAX.

Energy that comes from diverse sources is better for everyone. We're always working to deliver energy that is safe, clean, reliable and affordable. It's a balancing act, and we all benefit from it. Learn more in our annual Corporate Responsibility Report at **xcelenergy.com/CorporateResponsibility**.

ALWAYS *delivering.*

000543 2/4

11/24/2017

53-0010772130-5



PUBLIC SERVICE COMPANY OF COLORADO

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | 11/09/2017 |
| STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| 566706438 | 10/23/2017 | $2,164.98 |

## YOUR MONTHLY ELECTRICITY USAGE

O N D J F M A M J J A S O

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 58° F | 53° F |
| Electricity kWh | 437.6 | 219.7 |
| Electricity Cost | $49.98 | $23.96 |

## YOUR MONTHLY NATURAL GAS USAGE

O N D J F M A M J J A S O

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 58° F | 53° F |
| Gas Therms | 1.3 | 1.6 |
| Gas Cost | $1.13 | $1.29 |

## QUESTIONS ABOUT YOUR BILL?

See our website: xcelenergy.com

Email us at:     Customerservice@xcelenergy.com

Call 24 hours a day, 7 days a week

Please Call:        1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español:            1-800-687-8778

Or write us at:    XCEL ENERGY
                   PO BOX 8
                   EAU CLAIRE WI 54702-0008

Like us on Facebook    Follow us on Twitter

### SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 09/21/17 - 10/20/17 | 6371 kWh | $694.89 |
| Natural Gas Service | 09/21/17 - 10/20/17 | 47 therms | $37.47 |
| **Current Charges** | | | **$732.36** |

### ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 09/21 | $1,432.62 |
| No Payments Received | | $0.00 |
| Balance Forward | | **$1,432.62** |
| Current Charges | | $732.36 |
| **Current Balance** | | **$2,164.98** |

### PAY ARRANGEMENT STARTED 08/14

| | | |
|---|---|---|
| Pay Arrangement | Installment 3 | $1,432.62 |
| Current Charges | | $732.36 |
| **Amount Due** | | **$2,164.98** |

005947 1/4

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**



| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0010772130-5 | 11/09/2017 | $2,164.98 | |

Please see the back of this bill for more information
regarding the late payment charge.
Make your check payable to XCEL ENERGY

| NOVEMBER | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

------ manifest line ---------

 

STEVEN HERNANDEZ
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253


XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53110917 00107721305 000000732360000216498



| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | **11/09/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 566706438 | 10/23/2017 | **$2,164.98** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 11/21/17

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0694924793







**One call to repair them all.**

HomeSmart from Xcel Energy® is your one-stop appliance repair and service company able to cover almost all home appliances with just one phone call.

• **FREE** furnace or AC tune-up in Year 1 ($135 value)
• Add a 5th appliance **FREE** in Year 1 ($59.88 value)
• 3 months of appliance repair plan **FREE!** (That's a 25% discount)
• NATE-certified, security-cleared experts
• No parts, labor or trip fees*

**HOMESMART** from Xcel Energy

Peace of mind, reliability, and savings all starting at $18.99/month. Sign up online at **HomeSmartColorado.com** or call 866.837.9762. Offer code: **XS1017**

* Terms and conditions apply. Visit homesmartcolorado.com for details. Offer expires 6/30/18.

### METER READING INFORMATION

**METER D2487142**   Read Dates: 09/21/17 - 10/20/17 (29 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 27370 Actual | 20999 Actual | 6371 kWh |

## ELECTRICITY CHARGES    RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.39 |
| Non-Summer | 4393.79 kWh | $0.054610 | $239.94 |
| Summer Tier 1* | 155.17 kWh | $0.054610 | $8.47 |
| Summer Tier 2* | 1822.04 kWh | $0.099020 | $180.42 |
| Trans Cost Adj | 6371 kWh | $0.001090 | $6.94 |
| Elec Commodity Adj | 1977.21 kWh | $0.025910 | $51.23 |
| Elec Commodity Adj | 4393.79 kWh | $0.030790 | $135.28 |
| Demand Side Mgmt Cost | 6371 kWh | $0.001510 | $9.62 |
| Purch Cap Cost Adj | 6371 kWh | $0.004650 | $29.63 |
| CACJA | 6371 kWh | $0.005030 | $32.05 |
| Res Savers Switch AC | | | - $40.00 **CR** |
| Renew. Energy Std Adj | | | $13.99 |
| GRSA | | | $0.52 |
| **Subtotal** | | | **$673.48** |
| Franchise Fee | | 3.00% | $21.41 |
| **Total** | | | **$694.89** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 11/21/17

## NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0350402324





## KEEP AN EYE OUT FOR SCAMS AND SHADY PHONE CALLS.

If someone calls threatening to turn off your power due to an unpaid balance, and asks you to pay with a prepaid or reloadable card, hang up the phone immediately. And if someone comes by claiming to be us, be sure to ask for identification. Call us anytime at **800.895.4999**.

ALWAYS *delivering.*



| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | | **11/09/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 566706438 | 10/23/2017 | **$2,164.98** |

### METER READING INFORMATION

**METER A1489430**      Read Dates: 09/21/17 - 10/20/17 (29 Days)

| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
|---|---|---|---|
| Total Energy | 1995 Actual | 1942 Actual | 53 ccf |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE UNITS | CONVERSION | VALUE UNITS |
|---|---|---|---|
| Therm Multiplier | 53 ccf | x 0.882388 | **47 therms** |

### NATURAL GAS CHARGES      RATE: RG Residential

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $13.56 |
| Usage Charge | 47 therms | $0.102766 | $4.83 |
| Interstate Pipeline | 15.42 therms | $0.068950 | $1.06 |
| Interstate Pipeline | 31.58 therms | $0.066530 | $2.10 |
| Natural Gas 3 Qtr | 15.42 therms | $0.266060 | $4.10 |
| Natural Gas 4 Qtr | 31.58 therms | $0.289840 | $9.15 |
| Pipe Sys Int Adj | 47 therms | $0.033550 | $1.58 |
| **Subtotal** | | | **$36.38** |
| Franchise Fee | | 3.00% | $1.09 |
| **Total** | | | **$37.47** |

005947 2/4

EARN UP TO $1,900 IN REBATES WHEN YOU UPDATE YOUR HEATING SYSTEM, INSULATION AND WATER HEATER. FINANCING AVAILABLE.

To learn more visit XcelEnergy.com /StayWarm

 ALWAYS *delivering.*

© 2017 Xcel Energy Inc.

10/23/2017

53-0010772130-5

## YOU can be a HEAT HERO!

 **Xcel** *Energy*

Many of your neighbors face dangerous living situations as they struggle to afford their home energy. Become a HEAT HERO and join Energy Outreach Colorado's donor program, along with 10,000 other HEAT HEROES, helping Coloradans keep up with their home energy bills.

Check a box, and help your neighbors in need. Any amount given can help someone in need. **Please tear off this donation form and send it in with your energy bill payment.**

**Monthly donation:**
☐ $10 ☐ $15 ☐ $20 ☐ other $_____

Monthly donations are added as a separate line item on your bill titled "Voluntary EOC Donation." You can change or cancel your donation at any time by calling us at 800.331.5262 or Energy Outreach Colorado at 303.226.5057.

**One-time donation:**
☐ $10 ☐ $15 ☐ $20 ☐ other $_____

One-time donations can be made by making a separate check out to **Energy Outreach Colorado** and sending it in with this form. For more information call 303.226.5057.

First and last name _____

Xcel Energy account number _____

 



PUBLIC SERVICE COMPANY OF COLORADO

Page 1 of 6

| SERVICE ADDRESS | ACCOUNT NUMBER | DUE DATE |
|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | 10/12/2017 |
| STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| 563103595 | 09/25/2017 | $1,432.62 |

## YOUR MONTHLY ELECTRICITY USAGE



S O N D J F M A M J J A S

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 67° F | 70° F |
| Electricity kWh | 391.1 | 204.0 |
| Electricity Cost | $58.35 | $28.83 |

## YOUR MONTHLY NATURAL GAS USAGE

S O N D J F M A M J J A S

| DAILY AVERAGES | Last Year | This Year |
|---|---|---|
| Temperature | 67° F | 70° F |
| Gas Therms | 0.9 | 0.8 |
| Gas Cost | $0.91 | $0.87 |

## QUESTIONS ABOUT YOUR BILL?

See our website: xcelenergy.com

Email us at: Customerservice@xcelenergy.com

Call 24 hours a day, 7 days a week

Please Call: 1-800-895-4999
Hearing Impaired: 1-800-895-4949
Español: 1-800-687-8778

Or write us at: XCEL ENERGY
PO BOX 8
EAU CLAIRE WI 54702-0008

Like us on Facebook
Follow us on Twitter

## SUMMARY OF CURRENT CHARGES (detailed charges begin on page 2)

| | | | |
|---|---|---|---|
| Electricity Service | 08/23/17 - 09/21/17 | 5917 kWh | $836.01 |
| Natural Gas Service | 08/23/17 - 09/21/17 | 23 therms | $25.14 |
| **Current Charges** | | | **$861.15** |

## ACCOUNT BALANCE

| | | |
|---|---|---|
| Previous Balance | As of 08/23 | $2,446.75 |
| Payment Received | Pay Station 09/21 | -$1,875.28 CR |
| Balance Forward | | **$571.47** |
| Current Charges | | $861.15 |
| **Current Balance** | | **$1,432.62** |

## PAY ARRANGEMENT STARTED 08/14

| | | |
|---|---|---|
| Pay Arrangement | Installment 3 | $571.47 |
| Current Charges | | $861.15 |
| **Amount Due** | | **$1,432.62** |

## INFORMATION ABOUT YOUR BILL

Thank you for your payment.

**Call *before* you move**

If you're moving, remember to contact us *in advance* so we can stop your natural gas and electricity billing at your current address and start service, if needed, at your new one.  Save yourself money and ensure a smooth transition to your new place. Please call or submit your changes at xcelenergy.com up to 45 days in advance.

008416 1/3

RETURN BOTTOM PORTION WITH YOUR PAYMENT • **PLEASE DO NOT USE STAPLES, TAPE OR PAPER CLIPS**

---



Please help our neighbors in need of energy assistance by contributing to Energy Outreach Colorado. To participate, check the box in the lower left corner and mark your contribution amount on the back of this payment stub using blue or black ink.

| ACCOUNT NUMBER | DUE DATE | AMOUNT DUE | AMOUNT ENCLOSED |
|---|---|---|---|
| 53-0010772130-5 | 10/12/2017 | $1,432.62 | |

Please see the back of this bill for more information regarding the late payment charge.
Make your check payable to XCEL ENERGY

| | OCTOBER | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | **12** | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

11

------ manifest line ---------



STEVEN HERNANDEZ
12066 E LAKE CIR
GREENWOOD VILLAGE CO 80111-5253

XCEL ENERGY
P.O. BOX 9477
MPLS MN 55484-9477

32 53101217 00107721305 0000000861150000143262



Xcel Energy®

| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | | 10/12/2017 |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 563103595 | 09/25/2017 | $1,432.62 |

$

**See LED bulbs in a new, wallet-friendly light**

Still using old light bulbs? Brighten your home and your wallet by switching to LEDs. You'll enjoy all the ways the savings can add up.

Today's LED bulbs use 70–90 percent less energy than traditional bulbs, and last at least 15 times longer.*

Plus, you can save up to $3 on select LED bulbs with our discounts.

* ENERGY STAR https://www.energystar.gov/products/lighting_fans/light_bulbs/energy_star_choose_light_guide?s=mega

Find discounts near you at **xcelenergy.com/LightingDeals.**

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 10/23/17

## ELECTRICITY SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0690813993

| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER D2487142** | Read Dates: 08/23/17 - 09/21/17 (29 Days) | | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 20999 Actual | 15082 Actual | 5917 kWh |

## ELECTRICITY CHARGES — RATE: R Residential General

| DESCRIPTION | USAGE UNITS | RATE | CHARGE |
|---|---|---|---|
| Service & Facility | | | $5.39 |
| Summer Tier 1* | 500 kWh | $0.054610 | $27.31 |
| Summer Tier 2* | 5417 kWh | $0.099020 | $536.39 |
| Trans Cost Adj | 5917 kWh | $0.001090 | $6.45 |
| Elec Commodity Adj | 5917 kWh | $0.025910 | $153.31 |
| Demand Side Mgmt Cost | 5917 kWh | $0.001510 | $8.93 |
| Purch Cap Cost Adj | 5917 kWh | $0.004650 | $27.51 |
| CACJA | 5917 kWh | $0.005030 | $29.76 |
| Renew. Energy Std Adj | | | $15.92 |
| GRSA | | | $0.69 |
| **Subtotal** | | | **$811.66** |
| Franchise Fee | | 3.00% | $24.35 |
| **Total** | | | **$836.01** |

**SERVICE ADDRESS:** **12066 E LAKE CIR GREENWOOD VILLAGE, CO 80111-52**
**NEXT READ DATE:** 10/23/17

## NATURAL GAS SERVICE DETAILS

**PREMISES NUMBER:** 302106467
**INVOICE NUMBER:** 0348399844

| METER READING INFORMATION | | | |
|---|---|---|---|
| **METER A1489430** | Read Dates: 08/23/17 - 09/21/17 (29 Days) | | |
| DESCRIPTION | CURRENT READING | PREVIOUS READING | USAGE |
| Total Energy | 1942 Actual | 1915 Actual | 27 ccf |

# Check a box. Impact a life.

**Energy Outreach Colorado (EOC)** is the only independent, non-profit organization in the state, raising money to fund energy bill payment assistance, as well as energy efficiency upgrades for affordable housing and non-profit facilities.

**Please fill out a box below to make a monthly, tax-deductible contribution and check the box on the front.**

**Monthly Donation:** ☐ $20 ☐ $10 ☐ $5 ☐ Other $ ___________

ENERGY OUTREACH Colorado

The amount you entered will be added to your energy bill each month as a separate line item, "Voluntary EOC Donation." Your donation will continue until you no longer wish to contribute, at which time you can inform us by calling 1-800-895-4999.

For information about **Energy Outreach Colorado**, please call **1-866-HEAT-HELP** (1-866-432-8435) or visit **EnergyOutreach.org.**

**Xcel** Energy®

| SERVICE ADDRESS | ACCOUNT NUMBER | | DUE DATE |
|---|---|---|---|
| STEVEN HERNANDEZ<br>12066 E LAKE CIR<br>GREENWOOD VILLAGE, CO 80111-52 | 53-0010772130-5 | | **10/12/2017** |
| | STATEMENT NUMBER | STATEMENT DATE | AMOUNT DUE |
| | 563103595 | 09/25/2017 | **$1,432.62** |

### NATURAL GAS ADJUSTMENTS

| DESCRIPTION | VALUE | UNITS | CONVERSION | VALUE | UNITS |
|---|---|---|---|---|---|
| Therm Multiplier | 27 | ccf | x 0.858547 | **23** | **therms** |

### NATURAL GAS CHARGES          RATE: RG Residential

| DESCRIPTION | USAGE | UNITS | RATE | CHARGE |
|---|---|---|---|---|
| Service & Facility | | | | $13.56 |
| Usage Charge | 23 | therms | $0.102609 | $2.36 |
| Interstate Pipeline | 23 | therms | $0.068950 | $1.59 |
| Natural Gas 3 Qtr | 23 | therms | $0.266060 | $6.12 |
| Pipe Sys Int Adj | 23 | therms | $0.033550 | $0.77 |
| **Subtotal** | | | | **$24.40** |
| Franchise Fee | | | 3.00% | $0.74 |
| **Total** | | | | **$25.14** |



BUILDING A FOUNDATION STARTS WITH BUILDINGS AND FOUNDATIONS.

We know a strong community needs to be built from the ground up. We work with nonprofit organizations, and invest in areas like STEM education and environmental stewardship to create communities that have the power to make themselves better.

Learn more, visit **xcelenergy.com/ CorporateResponsibility.**

008416 2/3

09/25/2017

53-0010772130-5



**Our new mobile app is here**

It's good to have control. From billing options and outage notifications, to monitoring energy usage, to enrolling in energy saving programs, having the right tools to manage your account is important. With our new mobile app, you get all those tools in one convenient place. Find everything you need to manage your account your way, without ever having to put down your phone.

 

Visit **xcelenergy.com/MobileApp** for quick links to download.