**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina Rodriguez**

Case No. __19-cv-3526__          Date __March 14, 2022__

Case Title  SKIBO, INC. et al. v Shelter Mutual Insurance Company

                          __Plaintiffs__          FINAL WITNESS LIST
                       (Plaintiff / Defendant)

| WITNESS & DATE | | | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|---|---|
| Lester Bogunovich 1 | 5/9/ - 5/10 | Direct: 5 hrs. | Cross: | Total: 5 hrs |
| Sean Monaghan 3 | 5/10 | Direct: 3 hrs | Cross: | Total: 3 hrs |
| William Banks * 7 | 5/11 | Direct: ¼ hr. | Cross: | Total: ¼ hr |
| Ben Gallegos 8 | 5/11 | Direct: 1 hr. | Cross: | Total: 1 hr |
| Pamela McKenna 9 | 5/11 | Direct: 1 hr. | Cross: | Total: 1 hr |
| Dan Widlhalm 10 | 5/11 | Direct: 1 hr. | Cross: | Total: 1 hr |
| Doug Wilson 11 | 5/11 | Direct: 1 hr. | Cross: | Total: 1 hr |
| Karena George * 6 | 5/11 | Direct: ¼ hr. | Cross: | Total: ¼ hr |
| Michael Higgins (Expert)** 5 | 5/10 - 5/11 | Direct: 2 hrs. | Cross: | Total: 2 hrs |
| Eric Black 4 | 5/11 | Direct: 1 hr | Cross: | Total: 1 hr |
| Julia Garcia * 2 | 5/9 | Direct: ¼ hr | Cross: | Total: ¼ hr |

  * Possible to Eliminate with Stipulation to Exhibit
 ** Possible to Reduce Testimony Time with Exhibit Stipulations