IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-03526-RMR-NYW

SKIBO, INC., a Colorado corporation,
ILIA GRETSKIY, and LESTER BOGUNOVICH

    Plaintiffs,

v.

SHELTER MUTUAL INSURANCE COMPANY,

    Defendant.

## VERDICT FORM

We answer the question submitted to us as follows:

1. Have Plaintiffs SKIBO, Inc., Ilia Gretskiy, and Lester Bogunvoich proved by a preponderance of the evidence their claim of unreasonable delay or denial of payment of benefits against Defendant Shelter Mutual Insurance Company?

    YES __X__    NO _____

After you have filled out this form, the foreperson should sign below and you should tell the bailiff that you have reached a verdict.

    Juror name redacted.

    Foreperson

**1:19-cv-03526-RMR-NYW**          **VERDICT FORM**

Signatures of all Jurors:

Juror names redacted.