**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  19-cv-03526-RMR-NRN

SKIBO, INC., a Colorado corporation,
ILIA GRETSKIY, and LESTER L. BOGUNOVICH,

    Plaintiffs,

v.

SHELTER MUTUAL INSURANCE COMPANY.,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

THIS MATTER was tried from May 9 to May 11, 2022, before an empaneled jury of eight, United States District Judge Regina M. Rodriguez presiding, and the jury rendered a unanimous verdict.

Pursuant to and in accordance with the jury's verdict for the plaintiff [ECF 161] and the Order Concerning Motion for Attorney Fees and Costs [ECF 177], it is therefore

ORDERED that judgment is entered in favor of Plaintiffs, SKIBO, Inc., Ilia Gretskiy, and Lester L. Bogunovich, and against defendant Shelter Mutual Insurance Company. It is

FURTHER ORDERED that plaintiffs are awarded $931,320.00 in damages under the claim of unreasonable delay or denial of payment of benefits.

FURTHER ORDERED that Plaintiffs are awarded $281,140.50 in reasonable attorney fees. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 4.08% from the date of amended judgment. It is

FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, September 30, 2022.

APPROVED:

_____
United States District Judge

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By: s/K. Myhaver
K. Myhaver, Deputy Clerk